UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NATIONAL COUNCIL OF NONPROFITS,<br>1001 G Street NW, Suite 700 East<br>Washington, D.C. 20001,<br><br>AMERICAN PUBLIC HEALTH ASSOCIATION,<br>800 I Street NW<br>Washington, D.C. 20001,<br><br>MAIN STREET ALLIANCE,<br>909 Rose Avenue<br>North Bethesda, Md. 20852<br><br>and<br><br>SAGE,<br>305 7th Avenue, 15th Floor<br>New York, N.Y. 10001,<br><br>*Plaintiffs*,<br><br>v.<br><br>OFFICE OF MANAGEMENT AND BUDGET,<br>725 17th Street, N.W.<br>Washington, D.C. 20503,<br><br>and<br><br>MATTHEW VAETH, in his official capacity as Acting Director, Office of Management and Budget<br>725 17th Street, N.W.<br>Washington, D.C. 20503,<br><br>*Defendants*. | Case No. 25-cv-239 |

**PLAINTIFFS' MOTION FOR A TEMPORARY RESTRAINING ORDER**

Pursuant to Local Civil Rule 65.1(a), Plaintiffs National Council of Nonprofits, American Public Health Association, Main Street Alliance, and SAGE hereby move for a temporary restraining order enjoining the Office of Management and Budget and its Acting Director Matthew Vaethe from implementing or enforcing its January 27, 2025 Memorandum entitled "Temporary Pause of Agency Grant, Loan, and Other Financial Assistance Programs" until the Court can further consider the merits.  Plaintiffs further request that the Court order Defendants to file a status report within twenty-four hours of the issuance of any temporary restraining order, and every two weeks thereafter for twelve weeks, confirming the regular disbursement and obligation of federal financial assistance funds.. As set forth in more detail in the accompanying brief, OMB's Memo violates the Administrative Procedure Act because it is in excess of OMB's statutory authority, is arbitrary and capricious, and violates the First Amendment.  Plaintiffs will suffer imminent injury should it be permitted to take effect.

Pursuant to Local Civil Rule 65.1(a), at 9:53 a.m. on January 28, 2025, counsel for Plaintiffs emailed the three Assistant Directors for the Federal Programs Branch of the Department of Justice to provide actual notice that they would file a new complaint accompanied by a motion for a temporary restraining order with respect to OMB M-25-13, seeking relief before the memorandum is scheduled to take effect later today. Immediately prior to making this application to the Court, Counsel for Plaintiffs provided DOJ attorney Daniel Schwei, who had represented himself as our contact on this matter, with electronic copies of the complaint, motion for temporary restraining order, and accompanying brief, declarations, and proposed order via e-mail before completing this electronic filing.

Dated: January 28, 2025              Respectfully submitted,

/s/ *Jessica Anne Morton*

Jessica Anne Morton (DC Bar No. 1032316)
Kevin E. Friedl* (Admitted only in New York; practice supervised by D.C. Bar members)
Kaitlyn Golden (DC Bar No. 1034214)
Robin F. Thurston (DC Bar No. 1531399)
Skye L. Perryman* (D.C. Bar No. 984573)
Will Bardwell* (D.C. Bar No. 90006120)
Democracy Forward Foundation
P.O. Box 34553
Washington, D.C. 20043
(202) 448-9090
jmorton@democracyforward.org
kfriedl@democracyforward.org
kgolden@democracyforward.org
rthurston@democracyforward.org
sperryman@democracyforward.org
wbardwell@democracyforward.org.

*motion to appear *pro hac vice* forthcoming