# Exhibit A

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NATIONAL COUNCIL OF NONPROFITS,<br>1001 G Street NW, Suite 700 East<br>Washington, D.C. 20001,<br><br>AMERICAN PUBLIC HEALTH<br>ASSOCIATION,<br>800 I Street NW<br>Washington, D.C. 20001,<br><br>MAIN STREET ALLIANCE,<br>909 Rose Avenue<br>North Bethesda, MD 20852<br><br>and<br><br>SAGE,<br>305 7th Avenue, 15th Floor<br>New York, N.Y. 10001,<br><br>*Plaintiffs*,<br><br>v.<br><br>OFFICE OF MANAGEMENT & BUDGET,<br>725 17th Street, N.W.<br>Washington, D.C. 20503,<br><br>and<br><br>MATTHEW VAETH, in his official capacity as Acting Director, Office of Management and Budget<br>725 17th Street, N.W.<br>Washington, D.C. 20503,<br><br>*Defendants*. | Case No. |

**DECLARATION OF AARON TAX**

I, Aaron Tax declare as follows:

1

1. I am the Managing Director of Government Affairs and Policy Advocacy for the organization SAGE. I submit this declaration in support of Plaintiffs' application for a temporary restraining order in this matter. The statements made in this declaration are based on my personal knowledge, materials I have reviewed, and information made available to me pursuant to my duties at SAGE.

2. SAGE is a nonprofit, nonpartisan organization that is headquartered at 305 Seventh Avenue, New York, NY 10001. Founded in 1978, SAGE is a national services and advocacy organization whose mission is to allow lesbian, gay, bisexual, transgender, and queer ("LGBTQ+") older people to age with respect and dignity.

3. LGBTQ+ older adults have unique needs due to a lifetime of discrimination and harassment, and because for many decades they were not permitted to take advantage of the institutional benefits of marriage. LGBTQ+ older people are more likely to have poorer physical or mental health, more likely to live in poverty, and more likely to suffer from discrimination, than their contemporaries. Further, understanding the perspective of LGBTQ+ older adults requires understanding that when they were younger, discrimination was much more widespread, legal, and broadly accepted than it is now. Accordingly, fear of discrimination deters many LGBTQ+ older adults from using available services, despite their high level of need. Among its work, SAGE seeks to connect these adults with the services they acutely need.

4. SAGE operates through a variety of programs. Among these, SAGE runs the National Resource Center on LGBTQ+ Aging. The goal of the National Resource Center on LGBTQ+ Aging is to provide ongoing and sustainable resource development, technical assistance, education, and training that supports the Aging and Disability Networks in

providing services to LGBTQ+ older adults and their caregivers.

5. The National Resource Center on LGBTQ+ Aging was established in 2010 through a grant from the Department of Health and Human Services (HHS) Administration for Community Living (ACL) under the Older Americans Act. SAGE was awarded subsequent grants to continue leading the National Resource Center on LGBTQ+ Aging in 2013, 2015, 2020, and 2023. The current financial assistance award totals $315,072 with 74% percentage funded by ACL/HHS and $80,262 amount and 26% percentage funded by non-governmental source(s).

6. The current grant for the National Resource Center on LGBTQ+ Aging is entitled, Strengthening Aging Services for Minority Populations Through Technical Assistance, Resource Development, and Program Coordination with the goal to create and expand technical assistance (TA) for organizations and individuals to better serve older people and their family caregivers of diverse backgrounds. This particular funding opportunity expands ACL's support for national organizations developing and implementing technical assistance and support activities to serve African American, Latinx, Asian and Pacific Islander, Native American, and LGBTQ+ older adults, acknowledging that "the greatest needs of older adults include challenges related to their racial or ethnic backgrounds, language barriers, and/or sexual and gender identity. Under this grant, SAGE provides education and technical assistance to other ACL-funded organizations, private aging and disability organizations as well family caregivers in reaching the most at-risk older members of the community, many of whom are LGBTQ+ and also racial or ethnic minorities and living in rural communities. Additionally, this grant supports the development of fact sheets and resource guides, information and referral, and social

3

supports for LGBTQ+ older adults and their caregivers. These supports address the unique concerns and challenges of diverse older adults including increased risk of social isolation, legal, financial and end of life planning and caregiving.

7. Pausing this funding for the National Resource Center on LGBTQ+ Aging threatens SAGE's ability to provide education and technical assistance to the ACL funded aging network and community based organizations as they strive to meet the needs of diverse older adults and their caregivers. This pause also disrupts SAGE's ability to provide information and referral and ongoing resource development aimed at support for LGBTQ+ older adults and family caregivers to reduce social isolation and strengthen legal, financial and end of life planning. Additionally, a pause in funding jeopardizes the employment of multiple positions partially funded through this grant.

8. SAGE receives additional grant funds from HHS ACL following a new appropriation in 2024 to build a new online hub–SAGEYou. SAGEYou is designed to ensure that LGBTQ+ elders and people who care for them are connected to a comprehensive range of resources, information, services, and community engagement opportunities. SAGEYou will centralize LGBTQ+-friendly and elder-accessible content, addressing disparities such as social isolation, mental health challenges, physical health disparities, and financial insecurity, to improve aging outcomes for LGBTQ+ older adults.

9. Even a short term pause in funding will prevent SAGE from promoting SAGEYou to elders and their caregivers as part of the planned launch this spring, thereby significantly curtailing its reach and effectiveness. The failure to launch SAGEYou will exacerbate existing disparities in access to resources that support healthy aging, depriving millions of elders of the tools and connections necessary to thrive, thereby increasing isolation,

loneliness, and other adverse mental health outcomes. This impact would be particularly acute for those LGBTQ+ older adults residing in rural and underserved areas who already face significant barriers to accessing critical services and supports.

10. The cutoff of funding for SAGEYou jeopardizes multiple staff positions and SAGE's ability to continue meeting its obligations to contractors which it has already retained.

11. SAGE also receives a grant funded through the State Department's Bureau of Democracy, Human Rights, and Labor to expand human rights protections and social and economic activity inclusion for LGBTQ+ older adults. This work supports LGBTQ+ older people in Costa Rica, El Salvador, Nepal, and the Philippines primarily. The funding was originally awarded August 19, 2021. It was extended on September 11, 2024 to build on the initial program period successes by generating new data about the human rights needs, experiences, and abuses impacting LGBTQ+ elders, using this data to develop and implement coordinated advocacy campaigns to protect LGBTQ+ elders human rights and fundamental freedoms, and strengthen the ability of LGBTQ+ human rights CSOs to understand, include, and address the unique needs of LGBTQ+ elders and leaders.

12. On January 24, 2025, SAGE received a letter from the State Department stating that it was "notify[ing] the recipient that this award is immediately suspended as of January 24, 2025. This award no longer effectuates agency priorities in accordance with the U.S. Department of State Standard Terms and Conditions. This suspension may be further codified through an amendment to the award reflecting the termination date if deemed applicable. Effective immediately upon receipt of this Notice of Suspension the Recipient must stop all work on the program and not incur any new costs after the effective date

5

cited above. The Recipient must cancel as many outstanding obligations as possible. A final performance report and financial report will be due 120 days after the effective date if the award is terminated."

13. SAGE has ceased activities on that award. SAGE has notified all subgrantees on the award that work must cease immediately and has notified program staff that federal funding for their positions has been suspended. For the program to continue on an ongoing basis federal financial assistance is required.

14. SAGE reasonably fears, based on Memo M-25-13's vague and hostile references to "wokeness," "transgenderism," and "gender ideology," M-25-13 at 1-2, as well as similar rhetoric in other statements by the Trump administration, including some of the executive orders referenced in the Memo, that its future receipt of federal financial assistance will depend on SAGE's past and future exercise of its First Amendment rights of free speech and association rather than on neutral criteria.

I declare under penalty of perjury that the foregoing is true and correct.
Executed on January 28, 2025, in Albany, NY

                                                  */s/ Aaron Tax*
                                                  Aaron Tax