# Exhibit B

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

NATIONAL COUNCIL OF
NONPROFITS,
1001 G Street NW, Suite 700 East
Washington, D.C. 20001,

AMERICAN PUBLIC HEALTH
ASSOCIATION,
800 I Street NW
Washington, D.C. 20001,

MAIN STREET ALLIANCE,
909 Rose Avenue
North Bethesda, MD 20852,

and

SAGE,
305 7th Avenue 15th Floor
New York, N.Y. 10001,

*Plaintiffs*,

v.

OFFICE OF MANAGEMENT &
BUDGET,
725 17th Street, N.W.
Washington, D.C. 20503,

and

MATTHEW VAETH, in his official
capacity as Acting Director, Office of
Management and Budget
725 17th Street, N.W.
Washington, D.C. 20503,

*Defendants*.

Case No.

Declaration of National Council of
Nonprofits

## <u>DECLARATION OF DIANE YENTEL</u>

I, Diane Yentel, declare as follows:

1. I am the President and CEO of the National Council of Nonprofits ("NCN"), which is the largest sector-wide network of nonprofits in the United States.

2. Our members include state associations that collectively represent more than 30,000 nonprofit and foundation members across the country.

3. NCN's core mission is to champion, connect, and inform the nonprofit sector. We are dedicated to improving government-nonprofit contracting systems and strengthening public-private partnerships at all levels through collaboration and direct engagement.

4. NCN works to support government-nonprofit grant processes that streamline policies and procedures to avoid duplication and waste, develop standardized definitions for grant language, and ensure that payments to nonprofit organizations for direct and indirect costs are sufficient.

5. We routinely advocate for increased access to federal funding for nonprofits, and assist nonprofits in accessing that funding. For example, in 2013, we were successful in advocating for a groundbreaking mandate requiring governments to cover the indirect costs for nonprofits delivering community services with federal funding. We also successfully advocated for $50 billion in forgivable Paycheck Protection Program loans for nonprofits' COVID-19 relief. During this period we advised the charitable nonprofit sector on how to access these funds, resulting in more than 200,000 nonprofits receiving relief and retaining 6.2 million nonprofit jobs. Similarly, we ensured nonprofits were eligible for funding from the $350 billion in American Rescue Plan dollars allocated for pandemic relief and recovery, resulting in more than 5,000 projects that included nonprofits from more than 1,400 different government programs.

6.  In addition to advocating for federal funding for nonprofits, we also provide nonprofit organizations with the resources needed to operate more effectively, efficiently, and ethically. We have put together extensive materials, including maintaining biweekly and monthly newsletters, on topics related to financial management and strategic planning for nonprofits, including on the requirements, reporting and otherwise, attached to the receipt of federal funds.

7.  In addition to advising nonprofit organizations, NCN's expertise and counsel is sought after by the U.S. federal government to help strengthen relationships between nonprofits and governmental agencies.

***Nonprofits Provide Essential Services To The American People***

8.  Governments at all levels depend on charitable nonprofits to provide efficient and effective services to residents that would be more costly if provided by others. The nonprofit organizations and foundations who make up our membership provide a variety of services to their communities and to our nation. Our member organizations feed hungry families, provide services to communities and individuals who have been pushed to the shadows of society, keep our communities safe, improve our schools, provide health and other essential services, provide disaster relief, offer spiritual and cultural enlightenment, and more.

9.  NCN has been on the forefront of working with nonprofits across the nation to improve the way in which the government and nonprofits work together, including improving the efficiency and effectiveness of the grant programs and services.

***Nonprofit Organizations Rely on Federal Grants and Financial Assistance To Provide Essential Services and Programs***

10. The nonprofit sector, as a whole, earns about a third of its total revenue through government funding programs. It uses this money to fund programs and pay salaries.

11. Given the often multi-year lifecycle of grant programs, nonprofits, including our members, often budget two to five years in advance. They use expectations about grant funds to inform budgeting decisions in the same way that for-profit organizations would. Nonprofits make staffing decisions, set organizational priorities, provide essential services and programs, and identify and work towards fundraising goals—all based on expected funding from federal grants and financial assistance.

12. Many nonprofits amongst our membership and networks rely on federal grants and financial assistance to serve their missions—from supporting research and services to those with cancer and other serious disease and health conditions, to assisting people in escaping domestic violence, to providing mental health care and suicide hotlines. **Given the tight budgets that nonprofits operate under, this money is the lifeblood to many of our nonprofit members—crucial to their ability to provide essential services to people and communitie**s across our nation.

### *Office of Management and Budget Memorandum*

13. Yesterday, the US Office of Management and Budget ("OMB") issued a directive that "[f]inancial assistance should be dedicated to advancing Administration priorities," and that "[t]he use of Federal resources to advance Marxist equity, transgenderism, and green new deal social engineering policies is a waste of taxpayer dollars that does not improve the day-to-day lives of those we serve." M-25-13 at 1.

14. The memo issues a directive that the federal agencies pause "all activities related to obligation or disbursement of all Federal financial assistance, and other relevant agency activities that may be implicated by the executive orders, including, but not limited to, financial assistance for foreign aid, nongovernmental organizations, DEI, woke gender ideology, and the green new deal." M-25-13 at 2.

15. The memorandum is devastating for many nonprofits in our network who will have to significantly curtail, or even cease, operating core programs, which in turn will harm the beneficiaries of those programs, and may struggle to continue supporting full staffing levels. Moreover, via its blatant and viewpoint-based threats, it chills the expression, speech, and work of these organizations.

16. The memorandum is also devastating for NCN itself. Since President Trump took office, and since news of this memorandum made its way through our communities, we have received increased numbers of inquiries from nonprofits in our network seeking advice and direction in adapting to the sudden and surprising cuts in federal funding currently being effectuated by the Trump administration. As a result, NCN will have to adjust its own organizational priorities and plans to meet the moment and continue to support our nonprofit members.

17. The memo is catastrophic and is nothing short of a five-alarm fire for nonprofit organizations and the people and communities they serve. It will lead to pauses of important community programs, food and safety assistance, and lifesaving research, among other things. Even a short pause in funding could be devastating and cost lives, decimating thousands of organizations and leaving neighbors without the services they need.

January 28, 2025                                  ___*/s/ Diane Yentel*_____

                                                 Diane Yentel