# Exhibit C

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NATIONAL COUNCIL OF NONPROFITS, <br> 1001 G Street NW, Suite 700 East <br> Washington, D.C. 20001, <br><br> AMERICAN PUBLIC HEALTH ASSOCIATION, <br> 800 I Street NW <br> Washington, D.C. 20001, <br><br> MAIN STREET ALLIANCE, <br> 909 Rose Avenue <br> North Bethesda, MD 20852, <br><br> and <br><br> SAGE, <br> 305 7th Avenue 15th Floor <br> New York, N.Y. 10001, <br><br> *Plaintiffs,* <br><br> v. <br><br> OFFICE OF MANAGEMENT & BUDGET, <br> 725 17th Street, N.W. <br> Washington, D.C. 20503, <br><br> and <br><br> MATTHEW VAETH, in his official capacity as Acting Director, Office of Management and Budget <br> 725 17th Street, N.W. <br> Washington, D.C. 20503, <br><br> *Defendants.* | Case No. <br><br> Declaration of Dr. Georges C. Benjamin, American Public Health Association |

## DECLARATION OF DR. GEORGES C. BENJAMIN, M.D.

## EXECUTIVE DIRECTOR OF THE AMERICAN PUBLIC HEALTH ASSOCIATION

I, Dr. Georges C. Benjamin, affirm:

1. I am the Executive Director of the American Public Health Association (APHA). I have served in that role since December 2002. The APHA has more than 23,000 individual public health professional members and our mission is to: "Improve the health of the public and achieve equity in health status."

2. I make this declaration on behalf of the American Public Health Association in support of its emergency motion to temporarily restrain the US Office of Management and Budget from seeking to implement or enforce its January 27 Memo M-25-13 announcing the immediate cessation of nearly all federal financial assistance.

3. I am a graduate of the Illinois Institute of Technology and the University of Illinois College of Medicine. I am licensed to practice medicine in Maryland and the District of Columbia. I am board-certified in internal medicine and a Master of the American College of Physicians, a fellow of the National Academy of Public Administration, a fellow emeritus of the American College of Emergency Physicians, an elected member of the National Academy of Medicine (formally the Institute of Medicine) of the National Academies of Sciences, Engineering and Medicine, an honorary fellow of the Faculty of Public Health, and an honorary fellow of the Royal Society of Public Health.

4. Following graduation from medical school, I began my career at the Madigan Army Medical Center in Tacoma, Washington in 1981, where I managed a 72,000-patient per year ambulatory care service as chief of the Acute Illness Clinic and was an attending

2

physician within the Department of Emergency Medicine. From 1983 to 1987, I served as chief of emergency medicine at the Walter Reed Army Medical Center.

5. Following my discharge from the United States Army in 1987, I was appointed as Chair of the Department of Community Health and Ambulatory Care at the District of Columbia General Hospital, serving in that post until December of 1990. From January 1990 to the fall of 1991, I was the Acting Commissioner for Public Health for the District of Columbia, and the Director of the Emergency Ambulance Bureau in the District of Columbia Fire Department. I returned to serve as the Director of the Emergency Ambulance Bureau from 1994 to 1995.

6. I served as the Secretary of the Maryland Department of Health and Mental Hygiene from April 1999 to December 2002, following four years as its Deputy Secretary for Public Health Services.

7. In April 2016, I was appointed by President Obama to the National Infrastructure Advisory Council. In that role, I helped advise the President on how best to assure the security of the nation's critical infrastructure. I served in this capacity until December of 2020.

*APHA's Mission, Structure, and Activities.*

8. The mission of public health is to "fulfill society's interest in assuring conditions in which people can be healthy."[1] Public health has been defined as "the science and art of preventing disease, prolonging life, and promoting health and efficiency through organized community efforts and informed choices of society, organizations, public and private communities, and individuals."[2]

---

[1] Institute of Medicine, The Future of Public Health. National Academy Press, Washington, DC, 1988.
[2] Winslow, C.E.A. (1920). The untilled fields of public health. Science, 51(1306), 23–33.

3

9.  As a discipline, public health involves (a) identifying health issues and priorities through the study of communities and specifically through a focus on at-risk communities, (b) shaping public policies and interventions to address national, regional, and local concerns, and (c) ensuring all populations have access to appropriate and affordable health and disease prevention services as well as monitoring and evaluating those services and care.

10. The American Public Health Association was founded in 1872, at a time when scientific advances were helping to reveal the causes of communicable diseases. These discoveries laid the foundation for the public health profession and for the infrastructure to support APHA's work.

11. As noted, today, the APHA has more than 23,000 individual public health professional members, all committed to "improv[ing] the health of the public and achieve equity in health status." APHA members include individuals, organizations, and health departments. APHA also coordinates with state and regional APHA affiliates across the nation.

12. APHA members work in every discipline of public health, in every state, and in countries across the globe. APHA members are united with a common goal to promote optimal, equitable health and well-being for all.

13. From its inception, APHA has been dedicated to improving the health of all U.S. residents. From its early days, two of APHA's most important functions have been advocacy for adoption by the government of the most current scientific advances relevant to public health, and public education on how to improve community health. Along with these efforts, APHA has also campaigned for developing well-organized health departments at the tribal, federal, state, and local levels.

14. APHA works with key decisionmakers to shape public policy to address today's current and emerging public health concerns. Those include ensuring access to care, protecting, and increasing funding for core public health programs and services and eliminating health disparities. APHA is also working on other critical public health issues including public health and emergency preparedness, food safety, hunger and nutrition, and the full range of environmental health issues, public health infrastructure, disease control, international health, and tobacco control.

15. APHA also produces statements and resources for public health practitioners, including member-developed policy briefs that provide evidence to use in public health education and advocacy, provide easy access to the latest research and findings in public health, and assist policymakers and regulators in being able to access up-to-date facts and findings as they relate to public health.

16. APHA publishes *The American Journal of Public Health* ("AJPH"), which is dedicated to publishing original work in research, research methods, and program evaluation in the field of public health to advance public health research, policy, practice, and education.

***Equity and Inclusion are Central to APHA's Activities and the Activities of Its Members***

17. The entire field of public health is dedicated to an understanding of and creating interventions to address inequitable access to health and health-related services and to achieve equity in health status. This type of work is essential not only to APHA's own mission but to the discipline of public health itself.

18. APHA and its members work on initiatives to ensure that health and health services are distributed equitably and are accessible to people in all communities. APHA and its members also study and research the way in which disease, injury, or health related issues

5

affect populations that have been intentionally marginalized and excluded from full participation in society or that face resource deficits. Seeking to bring about an equitable distribution of health resources, ensuring that all communities have access to preventative health services and health care, and understanding the social determinants of health—the way in which various socio-economic and demographic factors affect health-related outcomes—are all central to the field of public health and to the work of APHA and its members.

19. APHA has several programs and activities aimed at eliminating discrimination and exclusion in the provision of health services including prevention and ensuring that the public is educated about both overt discrimination and bias. Its members also are individually and collectively engaged in this work.

20. APHA is involved in and supports research focused on addressing structural racism and developing solutions to mitigate racism within the institutions, including health institutions, in the United States. Many of APHA's members also, individually and collectively through APHA, take part in similar initiatives.

***APHA and Its Members Rely On A Range of Federal Grant Funding and Financial Assistance***

21. APHA, as the nation's leading membership organization dedicated to public health, has long received federal grants and funds to carry out its mission and to ensure that the federal government has the benefit of APHA's and its members' expertise and research. APHA also often receives federal funds to regrant funds to provide technical and other assistance to essential community-based programs.

22. For example, one of APHA's programs established The National Council for Environmental Health and Equity, which hosts the Advancing Environmental Justice

through Technical Assistance Mini-Grants Program, provides community-based organizations working to advance environmental justice grants. This program is supported by the US Centers for Disease Control and Prevention.

23. Other of APHA's policy research and activities are supported by federal grants and financial assistance, including, for example, a grant of $75,000 administered by the Health Resources and Services Administration for work on the issue of black women and HIV equity and a similarly sized grant for research on reducing COV-19 disparities as between different populations.

24. APHA's members also rely on a range of federal grants and financial assistance, from core funding to state and local health departments, to community based programs, to assistance such as those provided by the Prevention and Public Health Fund, a federal program that provides sustained investments in prevention and public health programs to improve health and reduce public and private health care costs. APHA members receive grants from almost all public health service agencies, including the Centers for Disease Control and Prevention, the Health Resources and Services Administration and National Institutes of Health.

25. The immediate cessation of all federal grant programs will severely impact APHA's work by disrupting ongoing programs and community support and making it difficult if not impossible to plan for the future. In addition, it will directly harm individuals whose jobs are supported by this funding.

26. These grants are essential to members' ability to undertake program work and academic research. Members have reasonably relied on the continued receipt of grants that have already been obligated and, in general, on the continued availability of federal financial

assistance. The indefinite pause of this financial assistance will harm APHA members in the same manner it will harm APHA.

**The OMB Memorandum Issued on January 27, 2025**

27. Yesterday, the US Office of Management and Budget ("OMB") issued a directive that "[f]inancial assistance should be dedicated to advancing Administration priorities," and that "[t]he use of Federal resources to advance Marxist equity, transgenderism, and green new deal social engineering policies is a waste of taxpayer dollars that does not improve the day-to-day lives of those we serve." M-25-13 at 1.

28. The memo directs federal agencies to pause "all activities related to obligation or disbursement of all Federal financial assistance, and other relevant agency activities that may be implicated by [various] executive orders [issued by President Trump], including, but not limited to, financial assistance for foreign aid, nongovernmental organizations, DEI, woke gender ideology, and the green new deal." M-25-13 at 2.

29. The memo, which is broad in scope and vague, appears to encompass the full range of activities that public health practitioners engage in–including broadly seeking to pause all "equity"-related grants and financial assistance.

30. Put plainly, the memorandum takes a wrecking ball not only to APHA's public health programs that receive federal financial assistance and grants but also to thousands of programs across the nation that APHA's members rely on.

31. Beyond the loss of funding, the memorandum harms APHA through seeking to force it to abandon, as a condition of federal funding, its viewpoints and beliefs. The memo makes clear, for example, that continued receipt of federal financial assistance will hinge on whether or not the recipient espouses what the administration considers to be "woke gender

ideology," M-25-13 at 2. The plain and obvious effect of these conditions will be to restrict the First Amendment expression of recipients of federal financial assistance such as APHA and its members. This is an untenable and harmful situation for public health professionals and chills our research, our work, our expression, and our speech.

January 28, 2025

Dr. Georges C. Benjamin, M.D.

9