# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NATIONAL COUNCIL OF NONPROFITS,<br>1001 G Street NW, Suite 700 East<br>Washington, D.C. 20001,<br><br>AMERICAN PUBLIC HEALTH ASSOCIATION,<br>800 I Street NW<br>Washington, D.C. 20001,<br><br>MAIN STREET ALLIANCE,<br>909 Rose Avenue<br>North Bethesda, Md. 20852,<br><br>and<br><br>SAGE,<br>305 7th Avenue, 15th Floor<br>New York, N.Y. 10001,<br><br>*Plaintiffs*,<br><br>v.<br><br>OFFICE OF MANAGEMENT AND BUDGET,<br>725 17th Street, N.W.<br>Washington, D.C. 20503,<br><br>and<br><br>MATTHEW VAETH, in his official capacity as Acting Director, Office of Management and Budget<br>725 17th Street, N.W.<br>Washington, D.C. 20503,<br><br>*Defendants*. | Case No. 25-cv-239 |

**[PROPOSED] ORDER GRANTING TEMPORARY RESTRAINING ORDER**

Upon consideration of Plaintiffs' motion for a temporary restraining order and accompanying brief, it is hereby

**ORDERED** that the motion is **GRANTED**; it is further

**ORDERED** that the Office of Management and Budget and its Acting Director Matthew Vaethe are **ENJOINED** from implementing or enforcing OMB's January 27, 2025 Memorandum entitled "Temporary Pause of Agency Grant, Loan, and Other Financial Assistance Programs" until further order of this Court.

Defendants are further **ORDERED** to file a status report within 24 hours of the issuance of this order, and every two weeks thereafter for 12 weeks, confirming the regular disbursement and obligation of federal financial assistance funds.

**SO ORDERED**.

Dated: January \_\_\_\_, 2025

_____
THE HON. _____
UNITED STATES DISTRICT JUDGE

## NAMES OF PERSONS TO BE SERVED
## WITH PROPOSED ORDER UPON ENTRY

Pursuant to Local Civil Rule 7(k), below are the names and addresses of persons entitled to be notified of entry of the above Proposed Order:

OFFICE OF MANAGEMENT & BUDGET
725 17th Street, N.W.
Washington, D.C. 20503,

MATTHEW VAETHE, in his official capacity as Acting Director
Office of Management and Budget
725 17th Street, N.W.
Washington, D.C. 20503

U.S. Attorney for the District of Columbia
c/o Civil Process Clerk
United States Attorney's Office
555 Fourth Street, N.W.
Washington, D.C. 20530

Attorney General of the United States
c/o Assistant Attorney General for Administration
U.S. Department of Justice
950 Pennsylvania Avenue, NW
Washington, DC 20530-0001

Daniel Schwei
Special Counsel
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street NW, Room 11532
Washington, DC 20005
daniel.s.schwei@usdoj.gov
202-598-3865

Jessica Anne Morton (DC Bar No. 1032316)
Kevin E. Friedl* (Admitted only in New York; practice supervised by D.C. Bar members)
Kaitlyn Golden (DC Bar No. 1034214)
Robin F. Thurston (DC Bar No. 1531399)
Skye L. Perryman* (D.C. Bar No. 984573)
Will Bardwell* (D.C. Bar No. 90006120)
Democracy Forward Foundation
P.O. Box 34553
Washington, D.C. 20043

(202) 448-9090  
jmorton@democracyforward.org  
kfriedl@democracyforward.org  
kgolden@democracyforward.org  
rthurston@democracyforward.org  
sperryman@democracyforward.org  
wbardwell@democracyforward.org  

*motion to appear *pro hac vice* forthcoming