IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NATIONAL COUNCIL OF NONPROFITS, et al.,<br><br>      *Plaintiffs*,<br><br>      v.<br><br>OFFICE OF MANAGEMENT & BUDGET, et al.,<br><br>      *Defendants*. | Case No. 1:25-cv-00239 |

## MOTION TO ADMIT SKYE PERRYMAN *PRO HAC VICE*

The undersigned, an attorney admitted to the Bar of this Court and in good standing, respectfully moves for the admission of Skye Perryman, *pro hac vice*, as counsel for Plaintiffs National Council of Nonprofits, American Public Health Association, Main Street Alliance, and SAGE in this proceeding, pursuant to Local Rule 83.2(c) of the Local Rules of the United States District Court for the District of Columbia. Ms. Perryman is a member in good standing of the Bar of the District of Columbia. She is not currently and has never previously been the subject of any disciplinary action by any state or federal bar association or administrative agency. Finally, the undersigned is satisfied that Ms. Perryman possesses the character and skills required of a member of the Bar of this Court.

Accordingly, the undersigned respectfully requests admission of Skye Perryman *pro hac vice* as representative of Plaintiffs in this proceeding.

Dated: January 28, 2025

Respectfully submitted,

*/s/ Kaitlyn Golden*

Kaitlyn Golden
(D.C. Bar No. 1034214)
Democracy Forward Foundation
P.O. Box 34553
Washington, D.C. 20043
(202) 448-9090
kgolden@democracyforward.org

*Counsel for Plaintiffs*