AO 440 (Rev. 06/12; DC 3/15) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | |
|---|---|
| National Council of Nonprofits, American Public Health Association, Main Street Alliance, and SAGE <br><br> *Plaintiff(s)* <br><br> v. <br><br> Office of Management and Budget and Matthew Vaeth, in his official capacity as Acting Director of OMB <br><br> *Defendant(s)* | Civil Action No. 25-cv-00239 |

### SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Office of Management and Budget,
725 17th Street, N.W.
Washington, D.C. 20503

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Jessica Morton
Democracy Forward Foundation
P.O. Box 34553
Washington, D.C. 20043

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



*ANGELA D. CAESAR, CLERK OF COURT*

Date: 01/28/2025            /s/ Simone Logan

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12; DC 3/15) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Columbia

National Council of Nonprofits, American Public Health Association, Main Street Alliance, and SAGE

*Plaintiff(s)*

v.   Civil Action No. 25-cv-00239

Office of Management and Budget and Matthew Vaeth, in his official capacity as Acting Director of OMB

*Defendant(s)*

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Matthew Vaeth, in his official capacity as Acting Director, Office of Management and Budget
725 17th Street, N.W.
Washington, D.C. 20503

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
Jessica Morton
Democracy Forward Foundation
P.O. Box 34553
Washington, D.C. 20043

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*ANGELA D. CAESAR, CLERK OF COURT*

Date: 01/28/2025

/s/ Simone Logan

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12; DC 3/15) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | |
|---|---|
| National Council of Nonprofits, American Public Health Association, Main Street Alliance, and SAGE <br><br> *Plaintiff(s)* <br><br> v. <br><br> Office of Management and Budget and Matthew Vaeth, in his official capacity as Acting Director of OMB <br><br> *Defendant(s)* | Civil Action No. 25-cv-00239 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* U.S. ATTORNEY'S OFFICE FOR THE DISTRICT OF COLUMBIA
c/o Civil Process Clerk
U.S. Attorney's Office for D.C.
601 D Street, NW
Washington, DC 20530

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
Jessica Morton
Democracy Forward Foundation
P.O. Box 34553
Washington, D.C. 20043

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



*ANGELA D. CAESAR, CLERK OF COURT*

Date: 01/28/2025                                                            /s/ Simone Logan

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12; DC 3/15) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | |
|---|---|
| National Council of Nonprofits, American Public Health Association, Main Street Alliance, and SAGE<br><br>*Plaintiff(s)*<br><br>v.<br><br>Office of Management and Budget and Matthew Vaeth, in his official capacity as Acting Director of OMB<br><br>*Defendant(s)* | Civil Action No. 25-cv-00239 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  ATTORNEY GENERAL OF THE UNITED STATES
U.S. Department of Justice
950 Pennsylvania Avenue, NW
Washington, DC 20530-0001

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Jessica Morton
Democracy Forward Foundation
P.O. Box 34553
Washington, D.C. 20043

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*ANGELA D. CAESAR, CLERK OF COURT*

Date: 01/28/2025                          /s/ Simone Logan

*Signature of Clerk or Deputy Clerk*