IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| National Council of Nonprofits, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> Office of Management and Budget, *et al.*, <br><br> Defendants. | Civil Action No. 1:25-cv-239 (LLA) |

**NOTICE OF APPEARANCE**

Please enter the appearance of the undersigned counsel for Defendants in the above-captioned matter. Please note the following contact information for Mr. Schwei:

Daniel Schwei
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, NW
Washington, DC 20005
Tel: (202) 305-8693
Facsimile: (202) 616-8460
Email: daniel.s.schwei@usdoj.gov

Dated: January 28, 2025

Respectfully Submitted,

BRETT A. SHUMATE
Acting Assistant Attorney General

ERIC HAMILTON
Deputy Assistant Attorney General

*/s/   Daniel Schwei*
DANIEL SCHWEI
Special Counsel (N.Y. Bar)
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street NW
Washington, DC 20530

1

Tel.:   (202) 305-8693
Fax:    (202) 616-8460
Email:  daniel.s.schwei@usdoj.gov

*Counsel for Defendants*