UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

BEATRICE ADAMS,

Pro Se Movant(s) for and on behalf
of those similarly situated, JOHN AND/OR    FILE ON DEMAND
JANE DOES 1 THRU INFINITY, Plaintiff's    Case # 1:25-CV-00239-LLA
for the common cause hereinafter, Interpleader(s)
1032 15th Street NW #121
251-654-7983
Lobbyist/Founder of ECETT

BEFORE THE HONORABLE -- LOREN ALIKHAN

# NOTICE OF MOTION TO INTERPLEAD FOR THE COMMON CAUSE AND REQUEST TO VACATE TEMPORARY RESTRAINING ORDER (TRO) ISSUED JANUARY 28, 2025

COMES NOW Beatrice Adams, on behalf of all similarly situated individuals, pursuant to Rule 22 of the Federal Rules of Civil Procedure, respectfully requesting this Honorable Court to vacate its Temporary Restraining Order (TRO) issued on January 28, 2025, and to appoint a Special Master to investigate the incentivizing of widespread displacement of children through administrative law tribunals, non-profits, and their vendors who are misappropriating these funds. These tribunals, operating in the public sector, lack proper oversight and deny due process rights to affected families.

RECEIVED
JAN 29 2025
Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

## BACKGROUND & STATEMENT OF INTEREST

Interpleader files this motion in response to the Court's administrative stay on President Trump's Executive Order freezing child welfare funds. The freeze affects families with children in foster care, many of whom were removed under questionable or unreasonable circumstances. Instead of being used to strengthen families, these funds incentivize the removal of children, violating due process protections, the Americans with Disabilities Act (ADA), The Indian Child Welfare Act of 1978 (ICWA), and other fundamental rights.

The government has weaponized child welfare funding against its own citizens, intentionally blocking kinship placements, telling parents they are unfit for one child but leave another in the home and for all preventing families from staying together. If this funding did not exist, hundreds of thousands of children would be returned home or placed with kinship caregivers. There would be no financial incentive to remove children from their families, and they would be safe.

Children are routinely abused and neglected in foster care. The majority of child sex trafficking victims originate from foster care. These children are often overmedicated with dangerous combinations of drugs while in the system. Foster care is not a safe environment, especially when better alternatives exist. The trauma caused by these separations is irreparable.

I, myself, suffered a traumatic brain injury from the shock and devastation inflicted by those who profit from this system. These funds grant recipients unchecked

power to ruin lives while families are left helpless, despite federal allocations meant to assist them.

Families are systematically denied access to legal recourse. Courts alter transcripts, block individuals from filing for custody of foster children, and obstruct appeals by appointing attorneys who deliberately remove critical legal arguments that could lead to reunification. The government's manipulation of legal procedures ensures that children remain in foster care indefinitely, in direct violation of laws designed to protect them.

As a direct victim of this systemic abuse, I have been deprived of contact with my child for four years. He was an honor roll student from a stable, loving home, and I was actively involved in his education and extracurricular activities as PTA president, room mother, and team coach. Please see Exhibit A. Yet, after evacuating my home in Mobile, Alabama, following a hurricane that flooded my residence and briefly passing through Virginia, I was wrongfully placed into this scheme. Every legal protection in place to prevent such injustices was ignored. This is inhumane.

The funding designed to support families has instead been weaponized against them, ensuring the continued suffering of parents and children alike.

**INTERESTS OF SIMILARLY SITUATED INDIVIDUALS INCLUDE:**

1. **Parents and Families** – Victims of the misallocation of federal child welfare funds, which are intended to support families in crisis but instead facilitate the separation of children from loving homes, enabling an

exploitative system that profits from family destruction. This constitutes fraud, waste, and abuse, violating Executive Order 13844 and other legal provisions.

2. **Unjust Child Removals** – Federal funding, rather than supporting struggling families, empowers state agencies, court-appointed attorneys, and child welfare contractors to unjustly remove children without due process or equal protection under the law. These actions directly violate ADA rights by targeting parents with disabilities and denying them access to proper accommodations.

3. **Systemic Financial Incentives** – Funds intended for family preservation are instead used to administer dangerous psychotropic medications to children without oversight, leading to irreparable trauma for both children and parents. Many families suffer financial ruin trying to regain custody of their children.

4. **Legal Violations** – Many removals do not meet legal standards. State actors, including judges, attorneys, and child welfare service providers, manipulate the system to maximize financial incentives rather than prioritize family reunification. Violations include breaches of 18 U.S.C. §§ 241 and 242, 42 U.S.C. §§ 651-669, and multiple sections of the CFR and USC. Families attempting to appeal wrongful removals find their attorneys altering briefs, clerks hiding files, and court reporters modifying transcripts to remove winning arguments that challenge the state's jurisdiction and failure to serve parents properly.

5. On Monday, January 27th, 2025 at 1:22 PM we sent an email to the President Trump to stop the funding to these agencies and their contractors. Please see Exhibit B.

## LEGAL BASIS FOR INTERVENTION

Under **Fed. R. Civ. P. 24(a)(2)**, intervention as of right is warranted because:

- Movant has a significant protectable interest related to the subject of this action.
- The outcome of this case may impair the ability of similarly situated individuals to protect their rights against the overwhelming resources that this funding provides to the opposing party, who seeks to sever our families indefinitely.
- The existing parties do not adequately represent the interests of affected families.

Alternatively, under **Fed. R. Civ. P. 24(b)**, the Court has discretion to allow permissive intervention due to the constitutional and statutory concerns raised.

## INTERPLEADER'S REQUEST FOR RELIEF

1. **Vacate the TRO** issued on January 28, 2025, which halts the freeze on child welfare funding, and allow the President to take necessary action to protect families.

2. **Appoint a Special Master** to investigate misappropriation, fraud, and systemic abuse in the child welfare system, ensuring enforcement of laws, accountability, and arrests where necessary.
3. **Suspend federal child welfare funding** until oversight and accountability measures are established.
4. **Issue an injunction** preventing further separation of children from fit and loving families and reunite those taken under fraudulent or unlawful circumstances.
5. **Initiate a federal investigation** into the misuse of child welfare funds and related due process violations.
6. **Protect whistleblowers** who expose misconduct, ensuring parents can speak out without fear of retaliation or harm to their children.
7. **Enforce the Executive Order** banning the weaponization of government agencies and their contractors against American citizens.

For more information: https://www.change.org/Getfosterkidshome

## CONCLUSION

For the foregoing reasons, Movant(s) respectfully request that this Honorable Court grant this Motion to Intervene, vacate the TRO, appoint a Special Master for investigation, and implement appropriate legal remedies to address systemic abuses within the child welfare system. The American people must not continue to suffer under a government that weaponizes its resources against them.

**Respectfully submitted,**



Beatrice Adams
1032 15th Street NW #121
251-654-7983
Lobbyist/Founder of ECETT
Pro Se Movant(s)

## CERTIFICATE OF SERVICE

I, **Beatrice Adams**, hereby certify that on this **29th day of January, 2025**, a true and correct copy of the foregoing **NOTICE OF MOTION TO INTERPLEAD FOR THE COMMON CAUSE AND LAWFUL DEMAND FOR VACATURE OF THE TEMPORARY RESTRAINING ORDER (TRO)** was served upon the following parties via **U.S. Mail, postage prepaid**:

1. **President Donald J. Trump**
   1600 Pennsylvania Avenue NW
   Washington, D.C. 20500

2. **Daniel Schwei, Justice Department Attorney**
   1100 L Street NW, Room 11532
   Washington, D.C. 20005-4035

3. **Office of Management and Budget (OMB)**
   725 17th Street NW
   Washington, D.C. 20503

4. **Matthew Vaeth** (Acting Director, Office of Management and Budget)
   725 17th Street NW
   Washington, D.C. 20503

5. **National Council of Nonprofits**
   1001 G Street NW, Suite 700 East
   Washington, D.C. 20001

6. **American Public Health Association (APHA)**
   800 I Street NW
   Washington, D.C. 20001

7. **Main Street Alliance**
   909 Rose Avenue
   North Bethesda, MD 20852

8. **SAGE**
   305 7th Avenue, 15th Floor
   New York, NY 10001

**Beatrice Adams**

Pro Se Movant for and on behalf of those similarly situated

*/s/ Beatrice Adams*

Beatrice Adams
1032 15th Street NW #121
251-654-7983
Lobbyist/Founder of ECETT
Pro Se Movant(s)