**Exhibit A**



**Exhibit B**

**Dear President Donald Trump,**
Emailed: Monday, January 27th, 2025 at 1:22 PM

**Welcome back and Thank you for the swift reform:**
Most importantly on January 20th, you signed an executive order to ban the weaponization of government—an essential step toward restoring accountability and trust in our nation's institutions. As noted in the order, we, the American people, have endured the previous administration's systematic misuse of federal law enforcement agencies and the Intelligence Community to target perceived political opponents and parents. These actions often violated the Constitution and many federal laws, including **18 U.S.C. §§ 241 and 242**, which prohibit conspiracies to deny individuals their rights.
Not only did the previous administration refuse to hold accountable those exploiting and weaponizing the child welfare system under the guise of "child protection," but it also ignored the resulting widespread abuse and neglect of children placed in state care. This system, incentivized by federal funding, has torn apart countless families and placed children in harm's way.
**Our children and grandchildren continue to be wrongfully taken from healthy, safe families—not for their safety but for profit, political objectives, and federal incentives.**
Many of these children are subjected to overmedication, forced vaccinations, transgender surgeries without consent, or adoption to strangers, bypassing kinship placements. These actions have inflicted irreparable harm, violated constitutional rights, and left children traumatized, with many falling victim to cycles of incarceration or even human trafficking for sex slavery.
Your executive order is a promising step toward justice. Specifically:
- **Section 2** underscores the need to address the misuse of law enforcement and intelligence operations that contradicted national laws and principles.
- **Section 3(a)** calls for the Attorney General to review past enforcement activities, identify misconduct, and recommend corrective actions.

**We urge you to act swiftly with the following measures:**
1. **Audit Cases and Families Immediately**
    - Conduct a thorough review of family court decisions and child welfare cases where children were removed under fraudulent circumstances or without proper jurisdiction.
    - Investigate cases where kinship placements were unjustly denied, violating the Indian Child Welfare Act (ICWA) and creating unnecessary trauma.
    - Audit the misuse of psychological evaluations that fabricate justifications for child removals, wasting taxpayer funds and causing harm.
2. **Return Our Children**
    - Once fraud or misconduct is identified, reunite children with their families and tribes promptly. Prolonged separation compounds trauma and violates their fundamental rights.
3. **End Federal Funding Incentives for Child Removals**
    - Cut funding to states and agencies profiting from unjustified child removals. End perverse financial incentives that prioritize removals over family preservation.
4. **Hold Perpetrators Accountable**

10

- Enforce **18 U.S.C. §§ 241 and 242**, ensuring conspirators who deprived families of their rights face justice.
- Empower independent inspectors general to investigate child welfare agencies thoroughly and report findings directly to Congress and the White House.

As Sydney Powell stated, "The whole system needs to be revamped." Inspectors general have failed to hold agencies accountable, shielding institutions from scrutiny while families suffered. Immediate action is needed to protect the most vulnerable among us—our children.

We implore you to stop the weaponization of government, return children to their rightful families, and ensure that these atrocities never happen again.

**Respectfully,**

Beatrice Adams




Congratulations on starting your petition!
Take steps to strengthen it.



> Approximately 60 to 70 percent of kids that are trafficked in the United States come out of the foster care system

# Petition: Addressing Crimes, Waste, and Fraud in the Foster Care System. Get them

Petition · Petition: Addressing Crimes, Waste, and Fraud in the Foster Care System; Get them home! · Change.org    1/29/25, 00:31

Case 1:25-cv-00239-LLA    Document 19-1    Filed 01/29/25    Page 5 of 12

# home!

Share this petition

# 120 ✓

Verified signatures ˅

Tamara VanDerBrink • 3 hours ago   Andrew Crews • 3 hours ago   Gail Turner • 4 hours ago

# The Issue

Petition to Request President Donald Trump Investigate Crimes and violations, Waste, and Fraud in the Child Welfare System and to Return Children to Their Homes. Most importantly to enforce 18 U.S.C. §§ 241 and 242, which prohibit conspiracies to deny individuals their rights.

We, the undersigned, demand immediate action to address the systemic waste, fraud, and rights violations within the child welfare system, which has cost taxpayers billions and inflicted unimaginable harm on families. This petition outlines critical issues and calls for urgent reforms to ensure children are returned to their safe, healthy homes or kinship care, avoiding the dangers of foster care where children are often subjected to excessive medication, wrongful removals and a risk of being trafficked.

A. Unjust Removals and Denial of Kinship Placements

Issue: Children are removed from their homes for extended periods under dubious criteria, frequently bypassing available kinship care (e.g., grandparents, aunts, uncles), leading to unnecessary expenditure and emotional trauma. These children are placed with strangers, often without adequate oversight, and their families are denied visitation.
Call to Action:
Reform removal guidelines to mandate kinship placement as the first option, removing discretion that leads to abuse.
Criminalize the obstruction of kinship placements, ensuring accountability for those who

deny such placements without just cause.

B. Fraudulent Practices Under the Indian Child Welfare Act (ICWA)

Issue: Native American children are wrongfully removed by circumventing ICWA protections, either by misidentifying tribal affiliations or through other fraudulent schemes to bypass the act's requirements, misusing funds intended for cultural preservation.
Call to Action:
Enforce rigorous ICWA compliance, with severe legal consequences for violations, including arrests for fraud.
Immediate return of children to their families if any ICWA fraud is detected, with criminal charges for those perpetrating the fraud.

C. Vendor Bias in CPS and Court Evaluations

Issue: Child Protective Services (CPS) and courts often rely on evaluations from biased, contracted vendors, ignoring independent, objective assessments.
Call to Action:
Conduct thorough audits of CPS vendor contracts to uncover and eliminate conflicts of interest.
Guarantee that parents can access and utilize unbiased evaluations, with immediate child return and compensation if independent evaluations prove parental fitness.

D. Inconsistent Child Removal Practices

Issue: Siblings are arbitrarily separated, with some allowed to remain in allegedly "unfit" homes while others are removed, causing unnecessary trauma. If a parent is deemed fit for one child, they should be considered fit for all.
Call to Action:
Immediately return all siblings to their families when one is allowed to return, ensuring family unity.
Align child welfare practices with human rights standards, penalizing social workers for unethical practices that force parents to choose which child to keep.

Conclusion:

The child welfare system has become a profit-driven entity, often preventing children from returning home and weaponizing government agencies against families who challenge these injustices. This systemic failure violates rights and causes profound harm. We urge President Donald Trump, Vice President J.D. Vance, legislators, Inspector Generals, the DOJ, Attorney Generals, US Attorneys, the FBI, and child welfare agencies to:

Investigate these practices thoroughly and Enforce 18 U.S.C. §§ 241 and 242, ensuring conspirators who deprived families of their rights face justice.
Enact immediate reforms to stop the cycle of waste, fraud, and harm.
Ensure children are returned to their families without delay.
Provide reparations to those affected by these systemic failures.

Children are not commodities for profit; they deserve to live in nurturing, safe environments with their families. Action must be taken now to rectify these injustices. There are hundreds of thousands of children right now in foster care that should not be there. Please Read Professor Daniel L. Hatcher's book 'Injustice, Inc.' for more details. Please sign the petition to investigate, audit cases and get children home once fraud is determined.

⚑ Report a policy violation

ECETT .org started this petition

2 days ago

# Share this petition



Share this petition in person or use the QR code for your own material.

Download QR Code

**Share on Facebook**

**Send via WhatsApp**

**Tweet to followers**

**Copy link**

**Send via email**

Petition created on January 26, 2025

Change.org > Public Safety >



petition_signatures_jobs_490395460_202501129052331

| Name | City | State | Postal Code | Country | Signed On |
|---|---|---|---|---|---|
| Beatrice Marnay | Mobile | AL | 36608 | United States | 2025-01-27 |
| Jamie Meade | Fremont | OH | 43420 | United States | 2025-01-27 |
| Jamie Withem | Clyde | OH | 43410 | United States | 2025-01-27 |
| Jessica Nored | Radcliff | KY | 40160 | United States | 2025-01-27 |
| Kenda Aldrich | Lindsey | OH | 43442 | United States | 2025-01-27 |
| Shannon Olds | Fremont | OH | 43420 | United States | 2025-01-27 |
| Jennifer Young | Fremont | OH | 43420 | United States | 2025-01-27 |
| Collin Souter | Detroit | MI | 48210 | United States | 2025-01-27 |
| Cassondra McMorris | Bloomville | OH | 44818 | United States | 2025-01-27 |
| Sherry Yarborogh | Fremont | OH | 43420 | United States | 2025-01-27 |
| Fernando Irizarry | Passaic | NJ | 7055 | United States | 2025-01-27 |
| Dawn Alberts | Grafton | OH | 44044 | United States | 2025-01-27 |
| Carla Guzman | Pasadena | TX | 77506 | United States | 2025-01-27 |
| William Cook | Paragould | AR | 72450 | United States | 2025-01-27 |
| Tammy Winkles | | | | United States | 2025-01-27 |
| Jennifer Barnes | Charlotte | NC | 28207 | United States | 2025-01-27 |
| Lodema Simpkins | Clyde | OH | 43410 | United States | 2025-01-27 |
| Patricia Kerr | Fremont | OH | 43420 | United States | 2025-01-27 |
| Jessica Burr | Fremont | OH | 43420 | United States | 2025-01-27 |
| Aaron Meade | Fremont | OH | 43420 | United States | 2025-01-27 |
| Donna Featherly | Edmore | MI | 48829 | United States | 2025-01-27 |
| Lara Bischoff | Port Clinton | OH | 43452 | United States | 2025-01-27 |
| Brianne R | Dayton | OH | 45449 | United States | 2025-01-27 |
| GARY MYERS | Orlando | FL | 32822 | United States | 2025-01-27 |
| Alishia Poorman | Clyde | OH | 43410 | United States | 2025-01-27 |
| Carl Roberts | Arvada | CO | 80005 | United States | 2025-01-27 |
| Jenny Hummel | Fostoria | OH | 44830 | United States | 2025-01-27 |
| Alynn Perry | | | | United States | 2025-01-27 |
| Lisa Black | Columbus | OH | 43215 | United States | 2025-01-27 |

| Kimberly Witt | Fremont | OH | 43420 | United States | 2025-01-27 |
| Crystal Clark | Falling Waters | WV | 25419 | United States | 2025-01-27 |
| Amber Fisher | | | | Bahamas | 2025-01-27 |
| Billie Jo Williams | Toledo | OH | 43612 | United States | 2025-01-27 |
| Tanya Rutland | Toledo | OH | 43614 | United States | 2025-01-27 |
| Diana Winslow MSW | Oklahoma City | OK | 73134 | United States | 2025-01-27 |
| Victor Vazquez | Louisville | KY | 40219 | United States | 2025-01-27 |
| Shonda Freeman | Ponchatoula | LA | 70454 | United States | 2025-01-27 |
| Joseph Stengline | Scranton | PA | 18508 | United States | 2025-01-27 |
| Jennifer Briggs brabson | | | | United States | 2025-01-27 |
| Jessica Goddard | Vine grove | KY | 40175 | United States | 2025-01-27 |
| JOANNE MCDOWELL | Fremont | OH | 43420 | United States | 2025-01-27 |
| Cynthia Mccollum | Fremont | OH | 43420 | United States | 2025-01-27 |
| Beatrice Marnay | Mobile | AL | 36526 | United States | 2025-01-27 |
| Lance Armor | | HI | | United States | 2025-01-27 |
| Robert Amaya | Los Angeles | CA | 20910 | United States | 2025-01-27 |
| Dianna Lowry | Alpharetta | GA | 30023 | United States | 2025-01-27 |
| Ron Eagleye Johnny | Nixon | NV | 89424 | United States | 2025-01-27 |
| Jennifer Jacobs | Falls Church | VA | 22046 | United States | 2025-01-27 |
| Louann Ballard | Detroit | MI | 48227 | United States | 2025-01-27 |
| Dalila Aa | Louisville | KY | 40219 | United States | 2025-01-27 |
| Naquel Holbrook | Columbus | OH | 43232 | United States | 2025-01-27 |
| Estrella Madrigal | | | | United States | 2025-01-27 |
| Nicole Powers | Lexington | KY | 40505 | United States | 2025-01-27 |
| Leah Williams | Gibsonburg | OH | 43431 | United States | 2025-01-27 |
| Sandra Kleinoeder | Fremont | OH | 43420 | United States | 2025-01-27 |
| Adam Kaluba | Burleson | TX | 76028 | United States | 2025-01-27 |
| Vikki Will | Fremont | OH | 43420 | United States | 2025-01-27 |
| Toni Pendleton | Lindsey | OH | 43442 | United States | 2025-01-27 |
| Shawn Carpenter | Ashburn | VA | 20147 | United States | 2025-01-27 |
| Jennifer Webb | Elizabethtown | KY | 42701 | United States | 2025-01-27 |
| Amanda Crispen | Fremont | OH | 43420 | United States | 2025-01-27 |

| Eliza Chavez | Morongo valley | CA | 92256 | United States | 2025-01-27 |
| Kristi demito | Hampshire | IL | 60140 | United States | 2025-01-27 |
| James Sisco | Fairfax | VA | 22032 | United States | 2025-01-27 |
| Andrea Haaser | Oak Harbor | OH | 43449 | United States | 2025-01-27 |
| Tonya Emrich | Fremont | OH | 43420 | United States | 2025-01-28 |
| Paula Lisco | Calhoun | GA | 30701 | United States | 2025-01-28 |
| Sandra Ray | Fremont | OH | 43420 | United States | 2025-01-28 |
| Melissa Mercado | Mercedes | TX | 78570 | United States | 2025-01-28 |
| Lynette Taylor | Denver | CO | 80252 | United States | 2025-01-28 |
| Mercedes Fontaine | Fremont | OH | 43420 | United States | 2025-01-28 |
| charles volkers | greenville | IL | 62246 | United States | 2025-01-28 |
| Desiree Trail | Stafford | VA | 22554 | United States | 2025-01-28 |
| Lisa Keys | Fremont | OH | 43420 | United States | 2025-01-28 |
| DeMarco Shelley | Radcliff | KY | 40160 | United States | 2025-01-28 |
| Amber Diale | Windsor Locks | CT | 6096 | United States | 2025-01-28 |
| Mary Kovacs | Freelton | | L0R1K0 | Canada | 2025-01-28 |
| Erica Nyberg | Grand Rapids | MI | 49508 | United States | 2025-01-28 |
| Devan Decker | Cincinnati | OH | 45215 | United States | 2025-01-28 |
| Jon Inwood | Brooklyn | NY | 11226 | United States | 2025-01-28 |
| Kayla Stephens | Rockford | IL | 61103 | United States | 2025-01-28 |
| Kimberly Vallance | Bellevue | OH | 44811 | United States | 2025-01-28 |
| Abraham Ahmad | Clifton | NJ | 7014 | United States | 2025-01-28 |
| Andrew Provencio | Oklahoma City | OK | 73142 | United States | 2025-01-28 |
| Desaree Darr | Fremont | OH | 43420 | United States | 2025-01-28 |
| Melissa Smith | Oxford | AL | 36201 | United States | 2025-01-28 |
| Lora Thiessen | Columbus | OH | 43230 | United States | 2025-01-28 |
| shamron stewart | Clarksville | IN | 47129 | United States | 2025-01-28 |
| Gail Rulman | Detroit | MI | 48207 | United States | 2025-01-28 |
| Denise Burns | Fremont | OH | 43420 | United States | 2025-01-28 |
| Monique Mobaby | Detroit | MI | 48235 | United States | 2025-01-28 |
| Henry Smith | Troy | MI | 48085 | United States | 2025-01-28 |
| Tichina Sanders | Detroit | MI | 48213 | United States | 2025-01-28 |

3

| Joshua Cornelius | Fort Lauderdale | FL | 33308 | United States | 2025-01-28 |
| --- | --- | --- | --- | --- | --- |
| Macie McCollum | Abilene | TX | 79536 | United States | 2025-01-28 |
| Christina Orendain | Riverside | CA | 92504 | United States | 2025-01-28 |
| jose hernandez | Los Angeles | CA | 90002 | United States | 2025-01-28 |
| Jeana Thornton | Woodlawn | TN | 37191 | United States | 2025-01-28 |
| Henry Samuels | San Bernardino | CA | 92404 | United States | 2025-01-28 |
| Alex Vergara | Chino | CA | 91710 | United States | 2025-01-28 |
| Melissa Keister | Mantachie | MS | 38855 | United States | 2025-01-28 |
| Becky Dulay | Ontario | CA | 91762 | United States | 2025-01-28 |
| Annamay Shibley | Utica | NY | 13501 | United States | 2025-01-28 |
| Christopher Wheeler | Utica | NY | 13501 | United States | 2025-01-28 |
| Nassar Assi | Los Angeles | CA | 90019 | United States | 2025-01-28 |
| Alicia Johnson | Oklahoma City | OK | 73170 | United States | 2025-01-28 |
| Courtni Webb | Bakersfield | CA | 93304 | United States | 2025-01-28 |
| Melissa Root | Yukon | OK | 73099 | United States | 2025-01-28 |
| Crystal Bowlan | Enid | OK | 73701 | United States | 2025-01-28 |
| Nicholas Leon | Fontana | CA | 92337 | United States | 2025-01-28 |
| Marissa Rosales | Oklahoma City | OK | 73129 | United States | 2025-01-28 |
| Lisa Fehn | Redlands | CA | 92374 | United States | 2025-01-28 |
| Gordon Poston | Kingstree | SC | 29556 | United States | 2025-01-28 |
| Michael-Dean Jarman | Salt Lake City | UT | 84108 | United States | 2025-01-28 |
| Adriane Bellard | Norman | OK | 73071 | United States | 2025-01-29 |
| Alexandra Dean | Miami | FL | 33714 | United States | 2025-01-29 |
| Holly Summerlin | Charlotte | NC | 28210 | United States | 2025-01-29 |
| Gail Turner | Sulphur Springs | TX | 75482 | United States | 2025-01-29 |
| Andrew Crews | Jacksonville | FL | 32224 | United States | 2025-01-29 |
| Tamara VanDerBrink | Sheldon | IA | 51201 | United States | 2025-01-29 |

4