# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| National Council of Nonprofits, *et al.*, | ) )  ) |
| Plaintiffs, | ) ) |
| v. | ) Civil Action No. 1:25-cv-239 (LLA) |
| Office of Management and Budget, *et al.*, | ) ) ) |
| Defendants. | ) ) ) |

## **DEFENDANTS' MOTION TO DISMISS**

Pursuant to Federal Rules of Civil Procedure 12(b)(1) and 12(b)(6), Defendants hereby respectfully move to dismiss Plaintiffs' Complaint (ECF No. 1) for lack of subject-matter jurisdiction and for failure to state a claim upon which relief may be granted. The reasons supporting this motion are set forth in the accompanying memorandum. A proposed order is attached.

Dated: January 30, 2025

Respectfully submitted,

BRETT A. SHUMATE
Acting Assistant Attorney General

ALEXANDER K. HAAS
Director

*/s/  Daniel Schwei*
DANIEL SCHWEI
Special Counsel (N.Y. Bar)
ANDREW F. FREIDAH
EITAN R. SIRKOVICH
Trial Attorneys
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street NW
Washington, DC 20530

-2-

Tel.: (202) 305-8693
Fax: (202) 616-8460
Email: daniel.s.schwei@usdoj.gov

*Counsel for Defendants*