# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| National Council of Nonprofits, *et al.*, ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> Office of Management and Budget, *et al.*, ) <br> ) <br> Defendants. ) | Civil Action No. 1:25-cv-239 (LLA) |

### [Proposed] ORDER

Upon review of Defendants' motion to dismiss, and the entire record in this matter, Defendants' motion is hereby **GRANTED** and this entire action is **DISMISSED**.

**SO ORDERED.**

_____
LOREN L. ALIKHAN
United States District Judge

Date: _____, 2025

-1-