IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| National Council of Nonprofits, *et al.*, | ) |
| Plaintiffs, | ) |
| v. | ) Civil Action No. 1:25-cv-239 (LLA) |
| Office of Management and Budget, *et al.*, | ) |
| Defendants. | ) |

## NOTICE OF APPEARANCE

Please enter the appearance of the undersigned counsel for Defendants in the above-captioned matter. Please note the following contact information for Mr. Sirkovich:

Eitan R. Sirkovich
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, NW
Washington, DC 20005
Tel: (202) 353-5525
Email: eitan.r.sirkovich@usdoj.gov

Dated: January 31, 2025

Respectfully Submitted,

BRETT A. SHUMATE
Acting Assistant Attorney General

ALEXANDER K. HAAS
Director

*/s/   Eitan R. Sirkovich*
DANIEL SCHWEI
Special Counsel
ANDREW F. FREIDAH
EITAN R. SIRKOVICH (D.C. Bar No. 90030102)
Trial Attorneys
United States Department of Justice
Civil Division, Federal Programs Branch

        1100 L Street NW  
        Washington, DC 20005  
        Tel.:    (202) 353-5525  
        Email:   eitan.r.sirkovich@usdoj.gov

*Counsel for Defendants*