IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| National Council of Nonprofits, *et al.*, | ) |
| Plaintiffs, | ) |
| v. | ) Civil Action No. 1:25-cv-239 (LLA) |
| Office of Management and Budget, *et al.*, | ) |
| Defendants. | ) |

**NOTICE OF APPEARANCE**

Please enter the appearance of the undersigned counsel for Defendants in the above-captioned matter. Please note the following contact information for Mr. Freidah:

Andrew F. Freidah
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, NW
Washington, DC 20005
Tel: (202) 305-0879
Email: andrew.f.freidah@usdoj.gov

Dated: January 31, 2025

Respectfully Submitted,

BRETT A. SHUMATE
Acting Assistant Attorney General

ALEXANDER K. HAAS
Director

*/s/   Andrew F. Freidah*
DANIEL SCHWEI
Special Counsel
ANDREW F. FREIDAH (D.C. Bar No. 1048857)
EITAN R. SIRKOVICH
Trial Attorneys
United States Department of Justice
Civil Division, Federal Programs Branch

1

1100 L Street NW  
Washington, DC 20005  
Tel.:    (202) 305-0879  
Email:   andrew.f.freidah@usdoj.gov  

*Counsel for Defendants*

2