# EXHIBIT D

 U.S. National Science Foundation

# NSF Implementation of Recent Executive Orders

This page provides information regarding recent executive orders and their impact on the U.S. National Science Foundation community.

**Media contacts**

For media inquiries, please email [media@nsf.gov](mailto:media@nsf.gov) or call (703) 292-7090.

This page is being updated often; please check back regularly for information.

NSF looks forward to working with the new administration to ensure long-term U.S. competitiveness in all fields of science and engineering for our economic and national security.

*Page last updated: Jan. 28, 2025*

## Message to the NSF principal investigator community

### Jan. 28, 2025

Office of Management and Budget Memorandum M-25-13, issued on Jan. 27, 2025, directs all federal agencies to conduct a comprehensive review of their

financial assistance programs to determine programs, projects and activities that may be implicated by the recent executive orders. Therefore, all review panels, new awards and all payments of funds under open awards will be paused as the agency conducts the required reviews and analysis. NSF has created an executive order implementation webpage to ensure the widest dissemination of information and updates. We will continue to communicate with you as we receive additional guidance.

All NSF grantees must comply with these executive orders, and any other relevant executive orders issued, by ceasing all non-compliant grant and award activities. Executive orders are posted at whitehouse.gov/presidential-actions. In particular, this may include, but is not limited to conferences, trainings, workshops, considerations for staffing and participant selection, and any other grant activity that uses or promotes the use of diversity, equity, inclusion and accessibility (DEIA) principles and frameworks or violates federal anti-discrimination laws. Please work with your institutional research office to assist you in complying with the executive orders. You can also direct your questions through this webform.

Thank you for your work advancing science, engineering, technology and innovation for our nation.