# EXHIBIT D

**DECLARATION OF** ███████████.

I, ███████ declare as follows:

1. My name is ███████. I am the chief executive officer of a Community Health Center and a Federally Qualified Health Center with between a half-dozen and a dozen clinics in a rural state. I make this declaration as a representative of my Community Health Center/Federally Qualified Health Center (hereinafter "Health Center") based on my personal knowledge.

2. My Health Center serves about ███ people. As of Friday, January 31, 2025, we employ ██ people.

3. My Health Center receives federal funding through the "H80 grant," which is authorized by Section 330 of the Public Health Service Act. The grant makes up about 25 percent of our total budget (our total budget is between $15 million and $20 million).

4. Our H80 grant funds are used to provide primary medical, dental, and behavioral health services to a rural, underserved population. Specifically, the grant covers about 30 percent of our payroll.

5. I learned about the Office of Management and Budget's memorandum freezing federal funds late on Monday, January 27, 2025. I was in disbelief. The next day, I reviewed a copy of the OMB Memo, and I realized that unless the funding freeze was lifted, my Health Center would run out of money. I began scrambling to figure out a way to cover payroll.

6. Our employees get paid biweekly, on Thursdays. To prepare for payday, we draw down grant funds on the preceding Tuesday, and the grant funds will arrive in our bank account

on Wednesday. Then, on that same Wednesday, the money leaves our bank account and arrives in our employees' bank accounts via direct deposit on Thursday.

7. A lot of our staff live paycheck to paycheck, and if they can't get paid, then they are unable to pay rent or buy groceries. But missing payroll also would harm our higher-paid workers. And if my Health Center loses physicians, dentist, or nurse practitioners, then it will be virtually impossible to recruit replacements to a rural Health System that is suddenly an unreliable source of income.

8. After I learned about the OMB Memo, I tried on Tuesday, January 28, 2025, to access our grants funds through the federal government's PMS portal. I have never had trouble with PMS at any time, no matter what time of day I was making the draw: whenever I have made drawdown requests, the money has always arrived in our bank account the next day. It has never been a problem.

9. When I submitted the request on Tuesday, though, the request went into a "pending review" status. That has never happened before.

10. On Wednesday, January 29, 2025, the money from my Tuesday drawdown attempt still had not arrived in our bank account, and the request still had not been processed. I thought that perhaps something had gone wrong with the submission and that I should try again. So I canceled the first submission and put in a new drawdown request. The same thing that happened on Tuesday happened again: the request went into a "pending review" status, and the money never arrived in our bank account.

11. As of Friday, January 31, 2025, the Wednesday request is still in "pending review" status, and we have not received the grant funds.


12. As a result of the unavailability of federal grant funds, I have put a hold on vendor payments that can be put on hold. There are some payments that cannot be delayed, such as utility bills. But anything that can be delayed, I have put on hold. Those items will remain on hold, because without federal funds, we simply do not have money to pay. I also am doing everything that I can do to protect my payroll for as long as mathematically possible.

13. Within the next 14 days, if our federal grant funding is not restored, then I will have to make very difficult decisions. I will have to close clinics. I will have to lay off staff. This is not conjecture. This is imminent. This is certain.

14. We work closely with two nearby critical-access hospitals. Within those relationships, our physicians staff the hospital emergency rooms – 24 hours per day, seven days per week, 365 days per year. The physicians also cover nursing homes and in-patient services at both hospitals. If we lose physicians, then those hospitals lose them too.

15. Since Monday, both hospitals have told me that if our Health Center closes, then it will be catastrophic for them too. They have told me that they will try to come up with a creative solution with us, but they have not proposed anything beyond that.

16. If we had to begin closing Health Center locations, then obviously, our patients would lose access to care. One thing that I'm very concerned about, on the dental side, is that our staff have plenty of opportunities for other jobs because of a high demand for dentists and dental providers. If we lose our dental staff, it will be impossible for us to recruit new staff. Unless our federal grant program is restored, our dental services will be debilitated.

17. I don't care about the political fight surrounding the OMB Memo. I just want to help my Health Center's staff care for our patients. But unless our federal funding is restored, we will not be able to provide that care.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Executed on January 31, 2025.

/s/ ███████



███████ Health Services, Inc., d/b/a ███████

4