# EXHIBIT F

**DECLARATION OF** ▬▬▬▬▬▬

I, ▬▬▬▬▬, declare as follows:

1. I am the president and founder of ▬▬▬▬▬▬., a ▬▬▬▬ corporation based in ▬▬▬▬▬▬. I make this declaration as a representative of ▬▬▬ in part based on ▬▬▬'s business records and in part based on my personal knowledge.

2. I founded ▬▬▬ in 2022. ▬▬▬ employs two full-time staff, including myself. ▬▬▬ also employs a technical consultant. Together, we work on a project funded by a federal grant administered by the National Science Foundation ("NSF").

3. ▬▬▬ conducts research and product development for the generation and detection of neutrons, offering solutions which have significant value for medicine, energy, security, and material analysis.

4. In January 2024, ▬▬▬ applied to NSF for a Phase I grant through NSF's Small Business Innovation Research/Small Business Technology Transfer ("SBIR/STTR") programs. These programs are designed to support small businesses working on high-risk, high-reward research and development projects in the commercialization of innovative technologies.

5. The NSF began making SBIR grants available in 1977. The Small Business Innovation Development Act was signed into law by Reagan in 1982. The STTR program was created in 1992.

6. Within the NSF's SBIR/STTR programs, grants typically operate in two phases. Phase I grants fund feasibility studies to determine the scientific merit of the idea proposed by a grant applicant; Phase II grants involve full research and development on Phase I's results.

7. ▮▮▮▮▮'s application for a Phase I SBIR grant was accepted. NSF awarded ▮▮▮▮▮ a one-year Phase I grant in the amount of $273,834. The term of the grant began in September 2024. It is scheduled to run through the end of August 2025. It is ▮▮▮▮▮'s only federal grant.

8. ▮▮▮▮▮'s grant funds the development of a Hyper-Compact Neutron Generator for Advanced Detection. This type of generator identifies materials by producing neutrons that interact with elements to emit a specific signature of gamma radiation. A legacy version of this device is already used in agriculture, mining, defense, oil and gas, border security, and other industries. However, existing generators are extremely bulky and are highly energy-consuming. The generator being developed by ▮▮▮▮▮ would measure roughly 90 cubic inches, weigh under five pounds, and operate on a power draw of less than 10 watts. This generator's novel technology enables an ultra-compact design that provides portable detection in tight spaces, such as on board small aircraft or space vehicles. It will significantly enhance security by improving detection capabilities of explosives, hazardous chemicals, and special nuclear material.

9. ▮▮▮▮▮ is a small company. In calendar year 2024, ▮▮▮▮▮'s budget was less than $250,000. ▮▮▮▮▮'s budget outlook for calendar year 2025 is fluid, but I expect it to be around $350,000, and perhaps as high as $400,000.

10. ▮▮▮▮▮'s SBIR grant is the company's largest source of funding. The remaining amount of funding through the end of the grant's one-year period is roughly $180,000. In other words, ▮▮▮▮▮ is relying on the grant for perhaps as much as half the company's 2025 budget, and perhaps slightly more than half.

11. The principal use of ▮▮▮▮▮'s grant funding is for paying staff who are working on the generator project described above.

12. ▆▆▆▆ typically accesses its grant funding through an online portal called the Award Cash Management Service ("ACM$").

13. ▆▆▆▆ pays its staff twice per month. Typically, ▆▆▆▆ "draws down" grant funds twice per month, a few days before payroll, in order to pay staff.

14. On Tuesday, January 28, 2025, I became aware of a memorandum issued by the Office of Management and Budget ordering that federal agencies suspend funding to grantees.

15. On Tuesday, January 28, 2025, I attempted to access ▆▆▆▆'s grant funds through ACM$ and was unsuccessful.

16. Later that day, at 4:52 p.m. Eastern Time, ▆▆▆▆ received an e-mail (via an NSF listserv) that stated, in part: "The Award Cash Management System (ACM$) will be temporarily unavailable beginning Tuesday, January 28, 2025 at 5:00 p.m. EST, while NSF performs a comprehensive review of the award portfolio to ensure compliance with recent Executive Orders, pursuant to Office of Management and Budget M-25-13, issued on January 27, 2025. Therefore, all payments under active awards will be paused as the agency conducts the required reviews and analysis."

17. The 4:52 p.m. e-mail also included a link to a page on NSF's website entitled "Executive Order Implementation webpage." The link directed readers to the following URL: https://new.nsf.gov/executive-orders

18. I clicked on the link, and the NSF webpage said, in part: "Office of Management and Budget (OMB) Memorandum M-25-13, issued on January 27, 2025, directs all federal agencies to conduct a comprehensive review of their financial assistance programs to determine programs, projects, and activities that may be implicated by the recent Executive Orders. Therefore, all review panels, new awards, and all payments of open awards will be paused as the agency

conducts the required reviews and analysis." However, the same webpage no longer refers to the OMB memorandum. The webpage now says that NSF's review of its grants was "to be compliant with the executive orders."

16. Also on Tuesday, January 28, 2025, at 6:05 p.m. Eastern Time, ▬▬▬▬ received a second e-mail from NSF that stated, in part: "Office of Management and Budget (OMB) Memorandum M-25-13, issued on January 27, 2025, directs all Federal agencies to conduct a comprehensive review of their financial assistance programs to determine programs, projects, and activities that may be implicated by the recent Executive Orders. Therefore, all review panels, new awards, and all payments of funds under open awards will be paused as the agency conducts the required reviews and analysis."

17. On Wednesday, January 29, 2025, I again attempted to access ▬▬▬▬'s grant funds through ACM$. That attempt was unsuccessful.

18. On Thursday, January 30, 2025, at approximately noon Eastern Time, I tried again to access ▬▬▬▬'s grant funds through ACM$. That attempt was unsuccessful.

19. Unless availability to ▬▬▬▬'s grant funds is restored, ▬▬▬▬ will not be able to pay its staff – including for ▬▬▬▬'s next scheduled payroll date on February 7, 2025, or at any point in the future.

20. I cannot in good conscience ask ▬▬▬▬'s staff to work without compensation indefinitely on the mere possibility that ▬▬▬▬'s grant funding will be restored at some unknown date. Accordingly, without access to its grant funds, ▬▬▬▬ will have to lay off its entire staff no later than the end of February, and possibly earlier. ▬▬▬▬ might have access to certain lines of credit to continue paying rent and some bills, but for all practical purposes, ▬▬▬▬ will cease to exist.

21. ████████ already owes its contractor for their work from January 1, 2025 - January 24, 2025. Without access to our grant funding, I do not know how ████████ will pay the contractor.

22. On the evening of Tuesday, January 28, 2025, I learned about this lawsuit. Main Street Alliance's involvement was so impressive that ████████ joined Main Street Alliance the next day.

23. The unavailability of ████████'s grant funds has already harmed the company, but without access to our grant funds, further harm is imminent: one condition of our award is that we employ a full-time Principal Investigator, who has overall responsibility for the project. I do not know whether furloughing our Principal Investigator is allowed.

24. ████████ likely could take on debt to survive until the end of February, but unless ████████'s grant funding is restored, ████████ likely will have to cease operation within a month.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Executed on January 30, 2025.



President of ████████