# EXHIBIT I

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NATIONAL COUNCIL OF NONPROFITS, et al., <br><br> *Plaintiffs*, <br><br> v. <br><br> OFFICE OF MANAGEMENT AND BUDGET, et al., <br><br> *Defendants*. | Case No. 25-cv-239 |

## DECLARATION OF ███████

I, ███████, declare as follows:

1. I am the executive director of ███████ in West Virginia.

2. ███████ is a member of the West Virginia Nonprofit Association, and, through that association, a member of the National Council of Nonprofits.

3. I have a Board of Regents bachelor's degree and an associate's degree in community mental health.

4. The only jobs I've had in my adult life have been helping people with mental health issues, substance issues, or experiencing homelessness. My entire adult life has been about helping people.

1

5. I have been the executive director at ▇ for five years now. Before that, I was the director of a homeless programs for a community mental health center.

6. ▇ has two streams of services. First, we are the continuum of care ▇. A continuum of care is a collaborative and reporting body that is funded through a Housing and Urban Development (HUD) grant. We are also the planning body for an emergency solutions grant through HUD. Essentially, we are charged with the planning and implementation of the task of how to end homelessness in our area. As part of the full continuum of care, we serve about 7,000 people per month.

7. Second, we have also, out of necessity, become a service provider. For example, we have a sixty-bed emergency shelter, offer community-based case management to help people who have experienced chronic homelessness maintain housing, and have a rapid rehousing program for people with substance use disorders. We serve about 400 people per month with these kinds of direct services.

8. ▇ accomplishes this work with only eighteen employees.

9. When I started working at ▇ full-time in January 2020, there were only two of us on the staff. We grew to six in 2021. We really grew budget-wise during the COVID-19 pandemic: when other programs shuttered, we ramped up services in response to the need. Then in 2023 we began operating an emergency shelter because the agency that operated it previously had gone out of business. Our budget grew from around $225,000 in 2020 to over a million dollars in 2022.

We haven't done a lot of fundraising, because we're pretty new, and COVID really shut down a lot of fundraising anyway.

10. Overall, about 48% of ▮'s annual budget comes from federal grant funding. If you take out pass-through grants that we give to other people, or special projects that are just ancillary things we do, 54% of our routine operating budget comes from federal grant funding.

11. The way we access our grant money is that it effectively reimburses us for expenses already incurred. We use a system called eLOCCS to draw down this reimbursement funding.

12. I first learned about OMB's freeze on federal grant disbursements on Monday night, January 27. I saw a post on Facebook about it, but I didn't know what it meant for the ▮.

13. The next morning, Tuesday, January 28, when I got to work, folks were whispering about what it might mean. I started talking with the homeless service network nationwide. That's when we figured out that even though the freeze was not supposed to start until 5:00 p.m. that day, eLOCCS were not working: ▮ and other homeless service providers couldn't get in them.

14. On Tuesday morning, we tried to draw down from eLOCCS (for funds already spent), and got a mint greenish screen saying we were trying to get on outside of operating hours, that hours for Tuesday, January 28 were from noon to 9:00 p.m. I found that weird, but we usually do our draws toward the end of the day, so for all I knew it was not out of the ordinary. But other people told me it was

3

not normal. I waited until noon, and noon came, and I still couldn't get in. The system basically said it was not operational on January 28. I really just spent all of Tuesday trying to get everything ready for a draw, if we were able to draw. The last time I attempted to access eLOCCS on Tuesday would have been after 5:00 p.m., possibly as late as 5:30 p.m. Eastern time.

15. We weren't able to get into eLOCCS until after noon on Wednesday, January 29. Even though the Court had entered a stay of the OMB Memo, we still couldn't get into eLOCCS. I thought there must be someone somewhere laughing at how many times I hit refresh. Within the group of providers for people experiencing homelessness, we asked if we should just have a designated person, because everyone kept checking and trying. I started checking around 8:30 a.m., and probably checked every twenty to thirty minutes. I finally got in at 12:36 p.m.

16. I was so eager to get in, because it was scary on Tuesday evening and Wednesday morning when we knew the Court had issued an order but we still couldn't get in.

17. ███ never received any communications from HUD or OMB or anyone in the federal government about what was happening with our grant disbursements.

18. I was particularly eager to draw down funds because payroll is Friday, January 31. We get paid biweekly, so January is a three-paycheck month for us. We were preparing an end-of-the-month draw to coincide with the final pay period.

4

19. While eLOCCS was unavailable, we had to think through what steps we had to take when we couldn't access our funds, and what we would do if the freeze continued.

20. Our priority was payroll first, taking care of staff, and then our clients as best we could. We would have been able to gather enough cash to make payroll on Friday.

21. But we had to shutter other programs to make that happen. On Tuesday, when we realized our funds were frozen, we immediately stopped our program that helps clients pay for birth certificates and ID cards. This is a federally funded program so we knew we couldn't get reimbursed for it if the funds remained frozen, and in the grand scheme of keeping people safe and keeping our staff working, it's the thing we decided not to prioritize. We chose to cut this in part because getting people IDs is so important to helping them get into housing—but we didn't know what was happening with housing, either.

22. We also regularly take people to the DMV on Wednesdays to get individuals state-issued ID cards. We already had people scheduled for this Wednesday, but after the funding freeze, we decided we would not be able to pay for those programs.

23. We have a program with another agency called Family Reunification. We help people travel their family in other parts of the state and the country. This requires spending up front in the form of transportation costs, like bus tickets. We stopped that program until the funding was restored.

5

24. Our rapid rehousing program is also funded through the federal government (passed through the state). It's an expensive program in terms of needing cash on hand, so we said we couldn't take people into that program until federal funding was known to not be at risk of not being available for reimbursement.

25. Now that we've experienced a funding freeze, and continue to be uncertain about the future, it has totally changed how I approach drawdowns. For some grants, I can only do monthly drawdowns. But for the ones I can do more frequently, I expect to draw down every payday, and every time we have a larger expenditure (like grantwriting contracts or computer system licenses). We will no longer be able to wait until payday to do an entire draw, because we can't leave that money on the table and risk it being frozen. We used to draw our smaller grants every six weeks or two months because it was not worth the administrative time to do it more quickly. Now, we won't be able to wait that long.

26. The administrative burden of drawing down more frequently takes time away from other core services we could otherwise provide. This is true not just for ███, but also for the administrators on the other side. For example, some federal grants come through the city of ███████. Now, I will be asking for draws more frequently—and so will everyone else getting CDBG or ARPA funding from the city. It's taking away admin time for me, my peers, and the city. Based on talking to my peers, I estimate they'll be processing double the invoices per month that they used to.

27. If our HUD funding was frozen again, some of our programs would close immediately. Others would wind down within a month. ▮ as a whole could probably make it two months—but with a reduction in services. We would not be able to provide the services we currently provide, at all.

28. When we think about the funding freeze, we aren't just thinking about what will happen to us at ▮. We're thinking about the entire system: homeless services, the healthcare system, the housing system, everything. We are one piece of a puzzle—and that puzzle was going to be gone.

29. It is devastating to think what the loss of this funding could mean to the people we need to serve in the future. It would have to be terrifying for our clients, if they knew about our services potentially going away—where will they get not just housing, but food, healthcare, etc. And the collateral damage of this is the people that work for those programs, who may end up needing those programs, a cycle that will never end.

30. Not having my staff offer case management to individuals will also increase homelessness. In the year and a half we have had our community-based case management program, we have placed in housing folks that people thought were unhousable, and they have kept their housing—because they had the community-based care management that we provided to help them.

31. Everyone who knows me knows my goal is to end homelessness, and I'm just crazy enough to think we can do it. I have people who call my office every day looking for some type of assistance. If federal grant funds are frozen again, we

can't help people and won't have anywhere to refer them to. If you've never had somebody come to you looking for help and you not be able to help them, or not have someone to send them to for help—if you've never done that, you don't know what that is. It is a horrible, stinking feeling. There are people that come through my doors every week that say, "I've never done this before. I don't know how to navigate this system." If federal grant funding is frozen, we will have to shut down our centralized assessment team, and if that happens, they won't even have anyone to talk to, much less someone else to refer them to.

32.  The idea of what the loss of funding could mean to the people we serve is devastating. When I went home on Tuesday and was still locked out of our funding systems, I felt the weight of the world.

33.  Homelessness changes people. When people close their eyes and think about what someone experiencing homelessness looks like, that is not what that person looked like when they became homeless for the first time. People start experiencing homelessness looking like you or I or anyone else. Experiencing homelessness is hard. It is not easy. You are in a constant state of fight, flight, or freeze. It's not good for your mental health, regardless of what it was when you became homeless for the first time. It is an experience that obviously negatively impacts you, and the longer you experience homelessness, the worse the experience gets, and the harder it is on you, mentally, physically, and emotionally.

34.  People often say that everyone experiencing homelessness is somebody's dad or mom or sister or son. I go beyond that: everyone experiencing

8

homelessness is somebody, regardless of their relationship with other people. It's become too easy for us to other people and think they deserve it, or did something.

35. I know this from personal experience, because when I was in my early twenties, I experienced homelessness. And I was fortunate, because I had a supportive family and good health insurance. I was able to move past all that. The difference between myself and the people we serve at ▮ is often just luck. It really shouldn't be that, but it is.

I declare under penalty of perjury that the foregoing is true and correct. Executed on January 31, 2025, in ▮

9