# EXHIBIT H

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NATIONAL COUNCIL OF NONPROFITS, et al., <br><br> *Plaintiffs*, <br><br> v. <br><br> OFFICE OF MANAGEMENT AND BUDGET, et al., <br><br> *Defendants*. | Case No. 25-cv-239 |

**DECLARATION OF** ███████████

I, ███████, declare as follows:

1. I am a medical doctor and a former board member of Doctors for America.

2. I am currently a member of the American Public Health Association, and have been for about ten years.

3. I am the chairman of the board of ███████████████. I helped write the original grant for ██████████████ thirty years ago, and have been there since its inception.

4. ██████████████ began as a demonstration project to try to address issues of infant mortality and premature birth in ██████████████.

5. We have been funded for the thirty years since because the zip code we serve is doing better than the state average—due to the success of the demonstration project.

1

6. ███████████████████████ has fifteen full-time employees, and ten contractual employees. These include doulas and mental health professionals. Many of our employees have been with us for more than twenty years.

7. We have 2,800 clients who currently depend on us for everything from wellness visits to counseling to mental health treatment to make sure that mothers get through postpartum depression to transportation to local physicians to car seats to formula. We also have a fatherhood initiative, which teaches men how to be a part of a baby's life, starting during pregnancy.

8. About 90% of our funding comes from grants—one major, and several smaller. Most of our funding is from the Health Resources and Services Administration through HHS.

9. After news about the OMB Memo's freeze of federal grant disbursements came out, ███████████████████'s CEO attempted to do a drawdown of grant funds on Monday, January 27. The site was down, so he called me. Eventually, the system came back later that night. But it was different than usual. Usually, you submit your invoice and the next day get your deposit. But this time, the system said that funding was paused until all reviews had been completed. So the site is back up, but it's not actually functioning.

10. Our CEO has told me that he keeps attempting to access the site because he has to be able to draw down funds by Tuesday, February 4, to make payroll this Friday, February 7. But the site still says that payment is pending review.

11. The site also told him that all future payments may be delayed due to the review process. We have not been able to draw down any funds since January 17.

12. If the grant funds are still frozen by Tuesday, February 4, then ▮▮▮▮▮▮▮▮▮▮ will not have cash available to make payroll. Our options will be getting a bank loan or the Board of Directors making up the money out of their own pockets. The Board would consider making up the lost funding ourselves because our employees have bills, and mortgages to pay, but it is not a sustainable option. And although we would do our very best, neither of these options is guaranteed to work out.

13. Even if we are able to make payroll, we would not, going forward, be able to reimburse our staff for gas money they use to conduct house visits, well baby visits, and client education. This would severely impact our clients who rely on these services.

14. We do not want to disappoint our clients based on this. It takes a while, especially in certain neighborhoods, to build up trust. We don't want to destroy the faith they have in us. We believe that if we are unable to continue providing services due to a continued funding freeze that we will lose this trust, making it more difficult to resume services at our current level.

15. This situation is frightening our employees, as well as our clients who see what is going on in various news reports. Adding stress to our clients in high-risk pregnancies, especially for the most vulnerable people in the second and

third trimester, is awful. They don't need additional stress about how they will get care, and whether they will be able to make it to their medical appointments.

16. I have found ███████████████ to be a lifeline to young ladies, especially teenagers. We provide them educational opportunities and support to help them stay in school, so they don't repeat the cycle they've inherited. We've been very successful: some of our clients from fifteen years ago are now board members with me.

17. I feel like faith has been lost by the experience of the funding freeze. This administration says they want to improve access to health care and make everything better. But that is not what ███████████████ is experiencing.

I declare under penalty of perjury that the foregoing is true and correct. Executed on January 31, 2025, in ███████████████.

4