# EXHIBIT I

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NATIONAL COUNCIL OF NONPROFITS, et al., *Plaintiffs*, v. OFFICE OF MANAGEMENT AND BUDGET, et al., *Defendants*. | Case No. 25-cv-239 |

## FIRST SUPPLEMENTAL DECLARATION OF DIANE YENTEL

I, Diane Yentel, declare as follows:

1. I am the President and CEO of the National Council of Nonprofits (NCN), which is the largest sector-wide network of nonprofits in the United States.

2. I submit this declaration to supplement the declaration I submitted in this case on January 28, 2025.

3. My job as the leader of NCN is to give voice to the many nonprofits across the United States, many of which are small, and do not have the capacity to advocate on their own behalf—because they are so focused on fulfilling their missions of service.

4. As part of that job, I spend significant time engaging and listening to our nonprofit members. In just the few days since we filed this lawsuit, I and my colleagues have heard from literally thousands of our nonprofit members about their experience with the OMB funding freeze on disbursements of open grant awards.

1

5. Of these thousands of member organizations from whom we have heard, all share that the impact of not being able to access their funding would be, or is presently, ranges from deeply worrying to potentially catastrophic. These nonprofits often rely on scheduled disbursement of federal grants to keep their doors open.

6. I have heard from a significant number of our nonprofit members that they are still unable to access their disbursements, even after this Court entered its administrative stay, and after OMB purported to rescind its Memo M-25-13. I have heard it from enough that I am concerned the challenges may still be widespread.

7. Many of these nonprofits are small. They have no savings to fall back on. Missing just one expected payment from an open grant will mean they miss payroll and may be forced to lay people off, unable to pay rent, cover operating expenses, or maintain programs. For many nonprofits, missing two payments could mean shutting down. It means that communities will lose homeless shelters, domestic violence shelters, and rape crisis centers. It means that people will go hungry, and unsheltered, and without medical treatment.

8. I realize that hearing from me is different from hearing from each of these nonprofits individually. I submit this declaration for two reasons: 1) because there is no feasible way to capture all of the stories of our nonprofit members who are currently unable to access federal funds, or who are worried that when this Court's stay ends, the freeze will resume, and who face catastrophic consequences as a result. It would take weeks, if not months, to do so. And 2) because small nonprofit organizations that receive federal funding to do their vital work may fear potential

retribution and a longer term loss of the funding that is essential for their work. The examples being submitted with this filing today are just that: examples, of an extremely widespread problem caused by OMB.

Executed on January 31, 2025.

Signed by:

*Diane Yentel*
F86F3E4F6B4340A...

Diane Yentel