# EXHIBIT J

**▮ Event Speech for ▮ - FINAL, Friday, Jan. 31**

Good morning, I'm ▮▮▮▮, Executive Director at ▮▮▮▮▮▮.

We are the leading early childhood agency in ▮▮▮, dedicated to investing in young children, their families, and a connected early childhood system that supports and prepares them for school and life ahead. We help families facing significant barriers access high-quality education, including no-cost Pre-K.

Today I'm here to talk about a critical issue--- the potential loss of federal grant funding for ▮ Pre-K, and why these grants must continue without interruption.

If federal grant funding pauses, we'll lose **half of our state funding** for ▮ Pre-K that provides no-cost preschool to income-eligible 4-year-olds. These programs are essential for early development and kindergarten preparation, offering high-quality early education that many families could not otherwise afford. Without this funding, families will lose the opportunity to give their children a critical early foundation for success.

Currently, federal funding allows us to reach 95% of eligible Pre-K families here in ▮▮▮. Losing Federal Title I and TANF funding will cut our **budget in half,** significantly limiting access to quality preschool for many children in our community.

These aren't just numbers or statistics. They represent real children and families right here in ▮▮▮ who will miss out on critical early learning experiences that shape their success in Kindergarten and life ahead. This isn't about a budget; it's about the futures of **our** children.  Children who lack access to high-quality early education start kindergarten behind—and those who start behind stay behind.

The benefits of early education are undeniable. Research shows that investing in children's first 2,000 days, during their most rapid brain development, leads to better outcomes in education, health, and lifelong employment.  Early education also benefits families by allowing parents to return to work, providing stability, and reducing financial stress. This strengthens our workforce, boosts the economy, and ultimately benefits the entire community.

Losing half of our funding will have far-reaching consequences. Children won't be able to attend school, forcing parents to leave their jobs to care for them, which affects their income, livelihoods, and home stability. Research shows when family stability is interrupted, children suffer.

This funding isn't just an investment in children's education; it's an investment in the future of our community. For every dollar invested in early childhood programs, society sees a return of up to 13% through reduced future societal costs, a stronger workforce, and a healthier, more stable community. Without it, we risk a future generation that is less prepared, less healthy, and less capable of contributing to the growth and success of our community.

Let me share a story of a child and family impacted by our Pre-K program:

Take ▇▇▇▇▇▇, a student in our NC Pre-K program. When ▇▇▇▇▇▇ first entered, she struggled with social-emotional skills and had difficulty connecting with others. But by the end of the year, ▇▇▇▇▇▇ had made incredible progress. She was forming friendships, gaining confidence, and developing academically. Her transformation was especially meaningful given her autism diagnosis. ▇▇▇▇▇▇'s success in the Pre-K program wasn't just hers, it was also an achievement for her mother, who was navigating life as a single parent, raising two young children, after the loss of her husband.

Stories like ▇▇▇▇▇▇'s are why we cannot afford to lose this funding. These stories can't be paused or reversed.  If we lose funding, stories like ▇▇▇▇▇▇'s will be halted before they even begin.

I stand here today, not just as the Executive Director of ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇, but as a member of our community, who knows that **every** child, no matter their background, **deserves** the opportunity to succeed.

We **must** protect funding for early childhood education.  The children we invest in today are the leaders, workers, and community members of tomorrow.

Thank you.