# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NATIONAL COUNCIL OF NONPROFITS, et al.,<br><br>*Plaintiffs*,<br><br>v.<br><br>OFFICE OF MANAGEMENT AND BUDGET, et al.,<br><br>*Defendants*. | Case No. 25-cv-239 |

## [PROPOSED] ORDER DENYING MOTION TO DISMISS

Upon consideration of Defendants' motion to dismiss, Plaintiffs' opposition, and Defendants' reply, it is hereby

**ORDERED** that the motion is **DENIED**.

**SO ORDERED**.

Dated: February ____, 2025

_____
THE HON. LOREN L. ALIKHAN
UNITED STATES DISTRICT JUDGE

# NAMES OF PERSONS TO BE SERVED
# WITH PROPOSED ORDER UPON ENTRY

Pursuant to Local Civil Rule 7(k), below are the names and addresses of persons entitled to be notified of entry of the above Proposed Order:

Daniel Schwei
Andrew Freidah
Eitan Sirkovich
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street NW, Room 11532
Washington, DC 20005
daniel.s.schwei@usdoj.gov
andrew.f.freidah@usdoj.gov
eitan.r.sirkovich@usdoj.gov

Jessica Anne Morton (DC Bar No. 1032316)
Kevin E. Friedl* (Admitted only in New York; practice supervised by D.C. Bar members)
Kaitlyn Golden (DC Bar No. 1034214)
Robin F. Thurston (DC Bar No. 1531399)
Skye L. Perryman* (D.C. Bar No. 984573)
Will Bardwell* (D.C. Bar No. 90006120)
Democracy Forward Foundation
P.O. Box 34553
Washington, D.C. 20043
(202) 448-9090
jmorton@democracyforward.org
kfriedl@democracyforward.org
kgolden@democracyforward.org
rthurston@democracyforward.org
sperryman@democracyforward.org
wbardwell@democracyforward.org

 *admitted *pro hac vice*

Beatrice Adams
1032 15th Street NW
#121
Washington, DC 20005