# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

NATIONAL COUNCIL OF
NONPROFITS, et al.,

*Plaintiffs*,

v.

OFFICE OF MANAGEMENT AND
BUDGET, et al.,

*Defendants*.

Case No. 25-cv-239

## NOTICE OF SUPPLEMENTAL EXHIBIT

Plaintiffs respectfully submit the attached Exhibit L in support of their motion for a temporary restraining order. Plaintiffs recognize that this motion is fully briefed, but submit this declaration in advance of the February 3, 2025 motion hearing in order to update the Court and document that—even since Friday's filing—members of Plaintiffs, such as this declarant, remain unable to access federal funds under open grants.

1

Dated: February 2, 2025

Respectfully submitted,

/s/ *Kevin E. Friedl*

Kevin E. Friedl* (Admitted only in New York; practice supervised by DC Bar members)
Jessica Anne Morton (DC Bar No. 1032316)
Kaitlyn Golden (DC Bar No. 1034214)
Robin F. Thurston (DC Bar No. 1531399)
Skye L. Perryman* (DC Bar No. 984573)
Will Bardwell* (DC Bar No. 90006120)
Democracy Forward Foundation
P.O. Box 34553
Washington, DC 20043
(202) 448-9090
kfriedl@democracyforward.org
jmorton@democracyforward.org
kgolden@democracyforward.org
rthurston@democracyforward.org
sperryman@democracyforward.org
wbardwell@democracyforward.org.

*admitted *pro hac vice*

## CERTIFICATE OF SERVICE

On February 2, 2025, I caused the foregoing and accompanying declaration to be filed electronically via the Court's CM/ECF system, which provides electronic notice to all counsel of record. I further caused those documents to be served on pro se movant Beatrice Adams at the mailing address she has entered on the record.

Dated: February 2, 2025                         /s/ *Kevin E. Friedl*
                                                Kevin E. Friedl