### UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

---

*National Council of Nonprofits, et al.*
          *Plaintiffs*

                                             *vs.*                    Case No.: 1:25-cv-00239-LLA

*Office of Management and Budget, et al.*
          *Defendants*

---

### *AFFIDAVIT OF SERVICE BY FEDERAL EXPRESS*

*I, Carrie Hollingshed, a Private Process Server, being duly sworn, depose and say, I have been duly authorized to make service of the documents listed herein in the above entitled case, I am over the age of eighteen years and am not a party to or otherwise interested in this matter.*

*DOCUMENT(S): Summons, Complaint, Civil Cover Sheet, Appearance of Counsel for Jessica Anne Morton, Appearance of Counsel for Kaitlyn Golden, Appearance of Counsel for Robin F. Thurston, Plaintiffs' Motion for a Temporary Restraining Order, Memorandum of Law in Support of Plaintiffs' Motion for a Temporary Restraining Order, Exhibits A-D, Proposed Order Granting Temporary Restraining Order, Motion to Admit Skye Perryman Pro Hac Vice, Declaration for Pro Hac Vice Admission (to be attached to Motion for Pro Hac Vice Admission)*

*SERVE TO: Matthew Vaeth, in his official capacity as Acting Director, Office of Management and Budget*

*SERVICE ADDRESS: 725 17th Street, NW, Washington, DC 20503*

*METHOD OF SERVICE: Service was completed by sending a copy of the documents listed herein to Matthew Vaeth, in his official capacity as Acting Director, Office of Management and Budget, 725 17th Street, NW, Washington, DC 20503 on 01/30/2025 via Federal Express, Two Day Shipping, Tracking Number: 771781168173.*

*I solemnly affirm under the penalties of perjury that the contents of this document are true to the best of my knowledge, information, and belief.*

*Executed on 01/31/2025*

_____

                                             *Carrie Hollingshed*

                                             *Client Ref Number: Natl Council of Nonprofits*
                                             *Job #:12604511*

---