UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

*National Council of Nonprofits, et al.*
                    *Plaintiffs*

                                          vs.                         Case No.: 1:25-cv-00239-LLA

*Office of Management and Budget, et al.*
                    *Defendants*

### AFFIDAVIT OF SERVICE BY FEDERAL EXPRESS

*I, Carrie Hollingshed, a Private Process Server, being duly sworn, depose and say, I have been duly authorized to make service of the documents listed herein in the above entitled case, I am over the age of eighteen years and am not a party to or otherwise interested in this matter.*

*DOCUMENT(S): Summons, Complaint, Civil Cover Sheet, Appearance of Counsel for Jessica Anne Morton, Appearance of Counsel for Kaitlyn Golden, Appearance of Counsel for Robin F. Thurston, Plaintiffs' Motion for a Temporary Restraining Order, Memorandum of Law in Support of Plaintiffs' Motion for a Temporary Restraining Order, Exhibits A-D, Proposed Order Granting Temporary Restraining Order, Motion to Admit Skye Perryman Pro Hac Vice, Declaration for Pro Hac Vice Admission (to be attached to Motion for Pro Hac Vice Admission)*

*SERVE TO: Office of Management and Budget*

*SERVICE ADDRESS: 725 17th Street, NW, Washington, DC 20503*

*METHOD OF SERVICE:  Service was completed by sending a copy of the documents listed herein to Office of Management and Budget, 725 17th Street, NW, Washington, DC 20503 on 01/30/2025 via Federal Express, Two Day Shipping, Tracking Number: 771781114015.*

*I solemnly affirm under the penalties of perjury that the contents of this document are true to the best of my knowledge, information, and belief.*

*Executed on  01/31/2025*

*Carrie Hollingshed*

*Client Ref Number: Natl Council of Nonprofits*
*Job #:12604399*

*Capitol Process Services, Inc. | 1827 18th Street, NW, Washington, DC 20009 | (202) 667-0050*

Case 1:25-cv-00239-LLA   Document 33   Filed 02/04/25   Page 2 of 2