UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

*National Council of Nonprofits, et al.*
*Plaintiffs*

*vs.*    Case No.: 1:25-cv-00239-LLA

*Office of Management and Budget, et al.*
*Defendants*

### AFFIDAVIT OF SERVICE BY FEDERAL EXPRESS

I, Carrie Hollingshed, a Private Process Server, being duly sworn, depose and say, I have been duly authorized to make service of the documents listed herein in the above entitled case, I am over the age of eighteen years and am not a party to or otherwise interested in this matter.

DOCUMENT(S): Summons, Complaint, Civil Cover Sheet, Appearance of Counsel for Jessica Anne Morton, Appearance of Counsel for Kaitlyn Golden, Appearance of Counsel for Robin F. Thurston, Plaintiffs' Motion for a Temporary Restraining Order, Memorandum of Law in Support of Plaintiffs' Motion for a Temporary Restraining Order, Exhibits A-D, Proposed Order Granting Temporary Restraining Order, Motion to Admit Skye Perryman Pro Hac Vice, Declaration for Pro Hac Vice Admission (to be attached to Motion for Pro Hac Vice Admission)

SERVE TO: Attorney General of the United States, U.S. Department of Justice

SERVICE ADDRESS: U.S. Department of Justice, 950 Pennsylvania Avenue, NW, Washington, DC 20530

METHOD OF SERVICE: Service was completed by sending a copy of the documents listed herein to Attorney General of the United States, U.S. Department of Justice, 950 Pennsylvania Avenue, NW, Washington, DC 20530 on 01/30/2025 via Federal Express, Two Day Shipping, Tracking Number: 771781294611.

I solemnly affirm under the penalties of perjury that the contents of this document are true to the best of my knowledge, information, and belief.

Executed on 01/31/2025

*Carrie Hollingshed*

*Client Ref Number: Natl Council of Nonprofits*
*Job #:12604593*

Capitol Process Services, Inc. | 1827 18th Street, NW, Washington, DC 20009 | (202) 667-0050

Case 1:25-cv-00239-LLA   Document 34   Filed 02/04/25   Page 2 of 2