IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| National Council of Nonprofits, *et al.*,<br><br>　　　　　　　　　Plaintiffs,<br><br>　　v.<br><br>Office of Management and Budget, *et al.*,<br><br>　　　　　　　　　Defendants. | Civil Action No. 1:25-cv-239 |

### DEFENDANTS' STATUS REPORT REGARDING
### TEMPORARY RESTRAINING ORDER

On February 3, 2025, this Court entered a temporary restraining order (TRO) in the above-captioned matter. That Order provides (among other things):

- "Defendants are enjoined from implementing, giving effect to, or reinstating under a different name the directives in OMB Memorandum M-25-13 with respect to the disbursement of Federal funds under all open awards;"

- "Defendants must provide written notice of the court's temporary restraining order to all agencies to which OMB Memorandum M-25-13 was addressed. The written notice shall instruct those agencies that they may not take any steps to implement, give effect to, or reinstate under a different name the directives in OMB Memorandum M-25-13 with respect to the disbursement of Federal Funds under all open awards. It shall also instruct those agencies to release any disbursements on open awards that were paused due to OMB Memorandum M-25-13;"

- "Defendants shall file a status report on or before February 7, 2025, apprising the court of the status of its compliance with this Order, including by providing a copy of the written notice described above[.]"

ECF No. 30 at 29-30. In accordance with the Order's directive that Defendants file a status report "apprising the court of its compliance with this Order," *id.* at 30, Defendants respectfully submit this status report.

Pursuant to the Court's Order, attached hereto is a copy of the "written notice of the court's temporary restraining order" that Defendants sent "to all agencies to which OMB

1

Memorandum M-25-13 was addressed." This written notice was sent to agencies the night that the Court's TRO was entered—*i.e.*, on February 3, 2025. As the attached reflects, Defendants instructed the agencies that they "may not take any steps to implement, give effect to, or reinstate under a different name the directives in OMB Memorandum M-25-13 with respect to the disbursement of Federal Funds under all open awards." Defendants also instructed the agencies that they must "release any disbursements on open awards that were paused due to OMB Memorandum M-25-13."

Undersigned counsel provided a copy of the attached written notice to Plaintiffs' counsel on February 5, 2025. Undersigned counsel understands that some agencies are still working through the process of issuing all appropriate funding disbursements, but undersigned counsel is not aware of any ongoing implementation of "the directives in OMB Memorandum M-25-13 with respect to the disbursement of Federal funds under all open awards[.]" Undersigned counsel also stated to Plaintiffs' counsel via e-mail that "if there are specific grants/awards affecting your clients that you'd like us to inquire about, please feel free to let us know."

Defendants respectfully submit that they have fully complied with the Court's Order. Defendants respectfully request that the Court notify Defendants if they have misunderstood the intended scope of the Court's Order.

Dated: February 5, 2025                               Respectfully Submitted,

                                                                        BRETT A. SHUMATE
                                                                        Acting Assistant Attorney General

                                                                        ALEXANDER K. HAAS
                                                                        Director

                                                                        */s/   Daniel Schwei*
                                                                        DANIEL SCHWEI

                                                Special Counsel (N.Y. Bar)
                                                ANDREW F. FREIDAH
                                                EITAN R. SIRKOVICH
                                                Trial Attorneys
                                                United States Department of Justice
                                                Civil Division, Federal Programs Branch
                                                1100 L Street NW
                                                Washington, DC 20530
                                                Tel.:     (202) 305-8693
                                                Fax:     (202) 616-8470
                                                Email:   daniel.s.schwei@usdoj.gov

                                                *Counsel for Defendants*