# EXHIBIT M

## SUPPLEMENTAL DECLARATION OF ▓▓▓▓

I, ▓▓▓▓, declare as follows:

1. I am the president and founder of ▓▓▓▓ (hereinafter "▓▓▓▓"), a ▓▓▓▓ corporation based in ▓▓▓▓, ▓▓▓▓. I make this declaration as a representative of ▓▓▓▓ in part based on ▓▓▓▓'s business records and in part based on my personal knowledge. I previously executed a Declaration [Dkt. 24-6] in this case, which the Plaintiffs submitted in support of their reply to their motion for a temporary restraining order. I am submitting this Supplemental Declaration to provide an update on ▓▓▓▓'s situation.

2. Following my Declaration, ▓▓▓▓ submitted a new drawdown request on Sunday, February 2, 2025. The NSF webpage I previously mentioned had been updated (in an entry dated February 2, 2025), and said in part: "Access to the Award Cash Management System (ACM$) has been restored and the system is available to accept payment requests as of 12:00 PM ET on February 2, 2025."

3. As of Wednesday, February 5, 2025, the drawdown status was listed as "Accepted." We finally received the grant funds on Thursday, February 6, 2025.

4. Although these funds were sufficient to cover ▓▓▓▓'s immediate grant-related expenses, if ▓▓▓▓'s funds are frozen again in the future (for example, if the temporary restraining order is lifted), ▓▓▓▓ will again face the financial instability I described in my previous declaration.

5. As a result of those concerns, I am already working to try to secure non-grant-based funding. But I do not know whether I will succeed, or to what degree. And the time I have to spend searching for alternative funding sources is taking time away from my other responsibilities at work.

2

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge,

Executed on February 10, 2025.


President of

2