# EXHIBIT P

**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| NATIONAL COUNCIL OF NONPROFITS, et al., | |
| *Plaintiffs*, | |
| v. | Case No. 25-cv-239 |
| OFFICE OF MANAGEMENT AND BUDGET, et al., | |
| *Defendants*. | |

**FIRST SUPPLEMENTAL DECLARATION OF** ███████████

I, ██████████, declare as follows:

1.     I am the Board President of the ███████████████ ████, a small nonprofit in ████████ West Virginia that helps West Virginians with disabilities to live in their own homes.  The ████ is a member of Plaintiff National Council of Nonprofits.

2.     I submit this declaration as a supplement to my prior declaration in this case, which was filed as Exhibit L to Plaintiffs' reply in support of their motion for a temporary restraining order.  The following is based on my personal knowledge and on conversations with our Director and Office Manager.

3.     As I explained in my prior declaration, after the OMB Memo was issued on Monday, January 27, the ████████████████████████'s open grant disbursements were frozen.

1

4.   Since January 29, we have checked our accounts multiple times a day to see if the funds we had requested—again, from our open grant disbursements—had been deposited.

5.   On Wednesday, February 5, 2025 we were informed by ███████ ███████, Director of the Office of Independent Living Programs within the Administration for Community Living, that we would be receiving our funding as it was approved by Payment Management System (PMS),

6.   Those funds were deposited into our account on Thursday, February 6.

7.   Had we not received the stop-gap funding from the state, this delay would have been devastating to ████ for all the reasons I outlined in my previous declaration.

8.   We remain terrified that, if the temporary restraining order is lifted and the funds are frozen again, we will immediately face the impacts I described in my previous declaration:  lay-offs of staff, and an inability to provide critical services to West Virginians who desperately need them.

I declare under penalty of perjury that the foregoing is true and correct. Executed on February 9, 2025, in ███████ West Virginia.

2