# EXHIBIT Q

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NATIONAL COUNCIL OF NONPROFITS, et al.,<br><br>*Plaintiffs,*<br><br>v.<br><br>OFFICE OF MANAGEMENT AND BUDGET, et al.,<br><br>*Defendants.* | Case No. 25-cv-239 |

### FIRST SUPPLEMENTAL DECLARATION OF █████████

I, █████████, declare as follows:

1. I am a member of the American Public Health Association and the chairman of the board of █████████, an organization addressing issues of infant mortality and premature birth in █████████ Alabama.

2. I submit this declaration as a supplement to my prior declaration in this case, which was filed as Exhibit H to Plaintiffs' reply in support of their motion for a temporary restraining order.

3. As set forth in my prior declaration, as a result of the OMB Memo's freeze on federal grant disbursements, █████████ was unable to draw down grant funds starting on Monday, January 27.

4. █████████ was finally able to draw down its grant funds on Tuesday, February 4. This really came in under the wire: had it been one day later, we would not have been able to make payroll on Friday, February 7. This

1

would have resulted in the significant harms to our organization and the community it serves that I discussed in my prior declaration.

5. We remain very nervous about the possibility of the temporary restraining order being lifted and the funds being frozen again. Like other nonprofits and businesses, ▉▉▉▉▉▉▉▉ relies on receiving the funds it has already been awarded. Should the funds be frozen again, it would result in the same harms I previously described, including undermining the community's trust in our ability to provide ongoing services at a time when our clients are particularly vulnerable.

I declare under penalty of perjury that the foregoing is true and correct. Executed on February _10th , 2025, in ▉▉▉▉▉▉▉▉ Alabama.

2