# EXHIBIT S

## SUPPLEMENTAL DECLARATION OF ███

I, ███, declare as follows:

1. I am the owner of ███, a day care based in ███, Wisconsin. I make this declaration as a representative of ███ based on my personal knowledge and my review of ███' business records.

2. I previously executed a Declaration [Dkt. 24-11] in this case, which the Plaintiffs submitted in support of their reply to the Government's Motion to Dismiss.

3. Paragraphs 3, 4, 5, 6, 7, 8, 9, 10, 11, 12, 13, 14, 15, 16, 17, 18, and 19 of my original Declaration remain true and correct.

4. On Saturday, February 1, 2025, the parent referred to in Paragraph 19 of my original Declaration contacted me to let me know that her federally funded Wisconsin Shares subsidy had arrived in her account that morning. I received those funds on Monday, February 3rd, the next business day.

5. Also, on Monday February 3, 2025, the federally funded YoungStar bonus referred to in Paragraph 4 of my original Declaration arrived in my bank account.

6. Paragraph 20 of my original Declaration remains true and correct, subject to the federally subsidized payments referred to in Paragraphs 4 and 5 of this Supplemental Declaration. It remains true that my business would begin sliding toward imminent and certain closure without access to the federal funding programs addressed in my original Declaration.

7. Paragraphs 21, 22, 23, and 24 of my original Declaration remain true and correct.

8. Paragraph 25 of my original Declaration remains true and correct, subject to the federally subsidized payments referred to in Paragraphs 4 and 5 of this Supplemental Declaration. It remains true that if these federal funds are frozen again, it would create an

imminent risk to my business' ability to stay afloat, and that ████████████ would have to stop scheduling its part-time employee.

9. Paragraph 26 of my original Declaration remains true and correct.

I declare under penalty of perjury that the foregoing is true and correct, to the best of my knowledge. Executed on February 10, 2025.



Sole Proprietor, ████████████