# EXHIBIT U

**SUPPLEMENTAL DECLARATION OF** ▆▆▆▆▆▆

I, ▆▆▆▆▆▆, declare as follows:

1. My name is ▆▆▆▆▆▆. I am the chief executive officer of a Community Health Center and a Federally Qualified Health Center with between a half-dozen and a dozen clinics in a rural state. I make this Supplemental Declaration as a representative of my Community Health Center/Federally Qualified Health Center (hereinafter "Health Center") based on my personal knowledge.

2. On January 31, 2025, I submitted a Declaration [Dkt. 24-4] in support of the Plaintiffs' Opposition to Motion to Dismiss and Reply in Support of Motion for a Temporary Restraining Order [Dkt. 24].

3. Early on Monday, February 3, 2025, the drawdown request referred to in Paragraph 10 of my original Declaration still was listed in "pending review" status. Therefore, I canceled that request and submitted a new request. At some point before 10 a.m. Eastern Time, that request's status reflected that it had been accepted and approved.

4. When I checked our bank account on Tuesday, February 4, 2025, the funds had arrived in our account.

5. Paragraphs 2, 3, 4, 5, 6, 7, 8, 9, 10, and 11 of my original Declaration are still true and correct.

6. Although our access to federal grant funds have been restored, the effects of losing access would still be as described in Paragraphs 12, 13, and 14 of my original Declaration.

7. Following the submission of my original Declaration on January 31, 2025, I have not had further discussions with nearby hospitals about what a second funding freeze (and subsequent closing of our Health Center) would have on them. However, I have no

reason to believe that the results described in Paragraph 15 of my original Declaration have changed.

8. Paragraph 16 of my original Declaration is still true and correct.

9. Paragraph 17 of my original Declaration is still true and correct, with the caveat that (as stated above) we currently have access to our federal funds. However, if we lose access again, the result referred to in Paragraph 17 would be the same.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Executed on February 10, 2025.

 Health Services, Inc., d/b/a