# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

NATIONAL COUNCIL OF
NONPROFITS, et al.,

*Plaintiffs*,

v.

OFFICE OF MANAGEMENT AND
BUDGET, et al.,

*Defendants*.

Case No. 25-cv-239

## [PROPOSED] ORDER GRANTING
## MOTION FOR PRELIMINARY INJUNCTION

Upon consideration of Plaintiffs' motion for a preliminary injunction, Defendants' opposition, Plaintiffs' reply, and argument held on February 20, 2025, it is hereby

**ORDERED** that the motion is **GRANTED**; it is further

**ORDERED** that Defendants are **ENJOINED** from implementing, giving effect to, or reinstating under a different name the directives in OMB Memorandum M-25-13 with respect to the disbursement of Federal funds under all open awards; it is further

**ORDERED** that Defendants must provide written notice of the Court's preliminary injunction to all agencies to which OMB Memorandum M-25-13 was addressed. The written notice shall instruct those agencies that they may not take any steps to implement, give effect to, or reinstate under a different

name the directives in OMB Memorandum M-25-13 with respect to the disbursement of Federal funds under all open awards. It shall also instruct those agencies to release any disbursements on open awards that were paused due to OMB Memorandum M-25-13; it is further

**ORDERED** that this Order shall apply to the maximum extent provided for by Federal Rule of Civil Procedure 65(d)(2) and 5 U.S.C. §§ 705 and 706; it is further

**ORDERED** that Defendants shall file a status report on or before [DATE] apprising the Court of the status of its compliance with this Order, including by providing a copy of the written notice described above.

**SO ORDERED**.

Dated: February ____, 2025        _____
                                  THE HON. LOREN L. ALIKHAN
                                  UNITED STATES DISTRICT JUDGE

# NAMES OF PERSONS TO BE SERVED
# WITH PROPOSED ORDER UPON ENTRY

Pursuant to Local Civil Rule 7(k), below are the names and addresses of persons entitled to be notified of entry of the above Proposed Order:

Daniel Schwei
Andrew Freidah
Eitan Sirkovich
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street NW, Room 11532
Washington, DC 20005
daniel.s.schwei@usdoj.gov
andrew.f.freidah@usdoj.gov
eitan.r.sirkovich@usdoj.gov

Jessica Anne Morton (DC Bar No. 1032316)
Kevin E. Friedl* (Admitted only in New York; practice supervised by D.C. Bar members)
Kaitlyn Golden (DC Bar No. 1034214)
Robin F. Thurston (DC Bar No. 1531399)
Skye L. Perryman* (D.C. Bar No. 984573)
Will Bardwell* (D.C. Bar No. 90006120)
Democracy Forward Foundation
P.O. Box 34553
Washington, D.C. 20043
(202) 448-9090
jmorton@democracyforward.org
kfriedl@democracyforward.org
kgolden@democracyforward.org
rthurston@democracyforward.org
sperryman@democracyforward.org
wbardwell@democracyforward.org

 *admitted *pro hac vice*

Beatrice Adams
1032 15th Street NW
#121
Washington, DC 20005