# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NATIONAL COUNCIL OF NONPROFITS, et al.,<br><br>*Plaintiffs*,<br><br>v.<br><br>OFFICE OF MANAGEMENT AND BUDGET, et al.,<br><br>*Defendants*. | Case No. 25-cv-239 |

## [PROPOSED] ORDER DENYING MOTION TO INTERPLEAD

Upon consideration of pro se movant Beatrice Adams's motion to interplead and request to vacate the temporary restraining order, as well as the parties' responses, it is hereby

**ORDERED** that the motion is **DENIED**.

**SO ORDERED**.

Dated:  February ____, 2025

_____
THE HON. LOREN L. ALIKHAN
UNITED STATES DISTRICT JUDGE

## NAMES OF PERSONS TO BE SERVED
## WITH PROPOSED ORDER UPON ENTRY

Pursuant to Local Civil Rule 7(k), below are the names and addresses of persons entitled to be notified of entry of the above Proposed Order:

Daniel Schwei
Andrew Freidah
Eitan Sirkovich
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street NW, Room 11532
Washington, DC 20005
daniel.s.schwei@usdoj.gov
andrew.f.freidah@usdoj.gov
eitan.r.sirkovich@usdoj.gov

Jessica Anne Morton (DC Bar No. 1032316)
Kevin E. Friedl* (Admitted only in New York; practice supervised by D.C. Bar members)
Kaitlyn Golden (DC Bar No. 1034214)
Robin F. Thurston (DC Bar No. 1531399)
Skye L. Perryman* (D.C. Bar No. 984573)
Will Bardwell* (D.C. Bar No. 90006120)
Democracy Forward Foundation
P.O. Box 34553
Washington, D.C. 20043
(202) 448-9090
jmorton@democracyforward.org
kfriedl@democracyforward.org
kgolden@democracyforward.org
rthurston@democracyforward.org
sperryman@democracyforward.org
wbardwell@democracyforward.org

 *admitted *pro hac vice*

Beatrice Adams
1032 15th Street NW
#121
Washington, DC 20005