IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| National Council of Nonprofits, *et al.*, | ) |
| Plaintiffs, | ) |
| v. | ) Civil Action No. 1:25-cv-239 |
| Office of Management and Budget, *et al.*, | ) |
| Defendants. | ) |

**DEFENDANTS' OPPOSITION TO MS. ADAMS' MOTION FOR INTERPLEADER OR INTERVENTION**

On January 29, 2025, this Court docketed a motion filed *pro se* by Ms. Beatrice Adams, seeking to interplead on behalf of herself and "all similarly situated individuals," raising concerns about whether child welfare funding is being used appropriately. ECF No. 19 at 1-2. Interpleader does not appear to be appropriate here given that Ms. Adams is not currently a party to these proceedings, *see* Fed. R. Civ. P. 22, and instead she appears to be seeking to intervene as a party.

Defendants respectfully oppose intervention because Ms. Adams' concerns about the appropriate uses of child welfare funding do not appear to constitute "a legal interest as distinguished from interests of a general and indefinite character," *Biden v. Internal Revenue Serv.*, --- F. Supp. 3d ----, No. 23-cv-2711-RC, 2024 WL 4332072, at *10 (D.D.C. Sept. 27, 2024) (discussing Fed. R. Civ. P. 24(a)(2)), and in any event the United States is already adequately representing the Government's interests in ensuring that all federal funding is administered appropriately. Permissive intervention is likewise inappropriate because Ms. Adams' motion does not identify "a common question of law or fact," Fed. R. Civ. P. 24(b)(1)(B), given that Plaintiffs' claims here are not specific to child welfare funding, and furthermore granting intervention in this

1

expedited proceeding would likely "cause undue delay, complexity, or confusion in [the] case." *Biden v. IRS*, 2024 WL 4332072, at *13. Defendants respectfully submit that intervention should be denied, and Ms. Adams will thereby remain free to pursue whatever claims she may have in a separate proceeding.

Dated: February 12, 2025

Respectfully Submitted,

BRETT A. SHUMATE
Acting Assistant Attorney General

ALEXANDER K. HAAS
Director

/s/   *Daniel Schwei*
DANIEL SCHWEI
Special Counsel (N.Y. Bar)
ANDREW F. FREIDAH
EITAN R. SIRKOVICH
Trial Attorneys
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street NW
Washington, DC 20530
Tel.:      (202) 305-8693
Fax:       (202) 616-8470
Email:    daniel.s.schwei@usdoj.gov

*Counsel for Defendants*

## CERTIFICATE OF SERVICE

On February 12, 2025, I caused the foregoing to be filed electronically via the Court's CM/ECF system, which provides electronic notice to all counsel of record. I further caused the foregoing to be served on *pro se* movant Beatrice Adams at the mailing address she has entered on the record.

Dated: February 12, 2025                    /s/ *Daniel Schwei*
                                            Daniel Schwei