IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| National Council of Nonprofits, *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> Office of Management and Budget, *et al.*, <br><br> *Defendants*. | Civil Action No. 1:25-cv-239 (LLA) |

### [PROPOSED] ORDER GRANTING MOTION OF AMERICAN CENTER FOR LAW AND JUSTICE FOR LEAVE TO FILE AMICUS CURIAE BRIEF

Before the Court is the consented-to motion of the American Center for Law and Justice for leave to file an *amicus curiae* brief in support of the Defendants in opposition to the Plaintiffs' Motion for a Preliminary Injunction. The Court GRANTS the motion. The amicus curiae brief that accompanied the motion will be filed in the docket of this case.

**SO ORDERED**

Dated: _____

_____
Hon. Loren L. AliKhan
U.S. District Judge