# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| National Council of Nonprofits, *et al.*, | |
| *Plaintiffs*, | |
| v. | Civil Action No. 1:25-cv-239 (LLA) |
| Office of Management and Budget, *et al.*, | |
| *Defendants*. | |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Amicus Curiae, the American Center for Law and Justice.

Dated: February 14, 2025                    Respectfully submitted,

/s/ *Nathan J. Moelker*
NATHAN J. MOELKER (VA Bar # 98313)
THE AMERICAN CENTER FOR LAW AND JUSTICE
201 Maryland Avenue, N.E.
Washington, D.C. 20002
Telephone: (202) 641-9160
Facsimile: (202) 546-9309
Email: nmoelker@aclj.org
*Counsel for Amicus Curiae*