UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

NATIONAL COUNCIL OF
NONPROFITS, et al.,

*Plaintiffs*,

v.

OFFICE OF MANAGEMENT AND
BUDGET, et al.,

*Defendants*.

Case No. 25-cv-239

## NOTICE OF SUPPLEMENTAL AUTHORITY

Plaintiffs respectfully submit for the Court's consideration the attached decision issued today in *National Association of Diversity Officers in Higher Education v. Trump*, No. 1:25-cv-333 (D. Md.).

At oral argument on Plaintiffs' pending motion for preliminary injunction, this Court inquired whether the United States had asked for a bond in similar or any circumstances; Plaintiffs' counsel noted that a similar request was pending in the *NADOHE* case. *See* Oral Arg. Tr. at 11:4–15. In today's opinion (at 62–63), the *NADOHE* court set a nominal bond of zero dollars.

Dated:  February 21, 2025

Respectfully submitted,

/s/ *Kevin E. Friedl*

Kevin E. Friedl* (Admitted only in New York; practice supervised by DC Bar members)
Jessica Anne Morton (DC Bar No. 1032316)
Kaitlyn Golden (DC Bar No. 1034214)
Robin F. Thurston (DC Bar No. 1531399)
Skye L. Perryman* (DC Bar No. 984573)
Will Bardwell* (DC Bar No. 90006120)
Democracy Forward Foundation
P.O. Box 34553
Washington, DC 20043
(202) 448-9090
kfriedl@democracyforward.org
jmorton@democracyforward.org
kgolden@democracyforward.org
rthurston@democracyforward.org
sperryman@democracyforward.org
wbardwell@democracyforward.org.

*admitted *pro hac vice*

## CERTIFICATE OF SERVICE

On February 21, 2025, I caused the foregoing to be filed electronically via the Court's CM/ECF system, which provides electronic notice to all counsel of record. I further caused those documents to be served on pro se movant Beatrice Adams at the mailing address she has entered on the record.

Dated: February 21, 2025                    /s/ *Kevin E. Friedl*
                                            Kevin E. Friedl