UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NATIONAL COUNCIL OF NONPROFITS, et al., *Plaintiffs*, v. OFFICE OF MANAGEMENT AND BUDGET, et al., *Defendants*. | Case No. 25-cv-239 |

**CONSENT MOTION FOR EXTENSION OF TIME**

Pursuant to Rule 7(b), Plaintiffs respectfully move for an extension of time—until March 4—to file a joint status report in this matter.

On February 25, this Court granted Plaintiffs' motion for a preliminary injunction and ordered the parties to "meet and confer and file a joint status report proposing next steps in this proceeding on or before February 28, 2025." Order, ECF No. 52, at 2. Plaintiffs' counsel request a brief extension until March 4 to provide additional time to consult with their clients.

Pursuant to Local Rule 7(m), undersigned counsel conferred with counsel for the Defendants, who consented to this motion.

Dated:  February 27, 2025         Respectfully submitted,

/s/ *Jessica Anne Morton*

Jessica Anne Morton (DC Bar No. 1032316)
Kevin E. Friedl* (Admitted only in New York; practice supervised by DC Bar members)
Kaitlyn Golden (DC Bar No. 1034214)
Robin F. Thurston (DC Bar No. 1531399)
Skye L. Perryman* (DC Bar No. 984573)
Will Bardwell* (DC Bar No. 90006120)
Democracy Forward Foundation
P.O. Box 34553
Washington, DC 20043
(202) 448-9090
jmorton@democracyforward.org
kfriedl@democracyforward.org
kgolden@democracyforward.org
rthurston@democracyforward.org
sperryman@democracyforward.org
wbardwell@democracyforward.org.

*admitted *pro hac vice*

## CERTIFICATE OF SERVICE

On February 27, 2025, I caused the foregoing and accompanying proposed order to be filed electronically via the Court's CM/ECF system, which provides electronic notice to all counsel of record.

Dated: February 27, 2025                    /s/ *Jessica Anne Morton*
                                            Jessica Anne Morton