IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| National Council of Nonprofits, *et al.*, ) | |
| Plaintiffs, ) | |
| v. ) | Civil Action No. 1:25-cv-239 |
| Office of Management and Budget, *et al.*, ) | |
| Defendants. ) | |

**DEFENDANTS' STATUS REPORT REGARDING PRELIMINARY INJUNCTION**

On February 25, 2025, this Court entered a preliminary injunction in the above-captioned matter. *See* ECF No. 52; *see also* ECF No. 51 (memorandum opinion). The preliminary injunction provides (among other things):

- "Defendants are enjoined from implementing, giving effect to, or reinstating under a different name the unilateral, non-individualized directives in OMB Memorandum M-25-13 with respect to the disbursement of Federal funds under all open awards;"

- "Defendants must provide written notice of the court's preliminary injunction to all agencies to which OMB Memorandum M-25-13 was addressed. The written notice shall instruct those agencies that they may not take any steps to implement, give effect to, or reinstate under a different name the unilateral, non-individualized directives in OMB Memorandum M-25-13 with respect to the disbursement of Federal Funds under all open awards. It shall also instruct those agencies to continue releasing any disbursements on open awards that were paused due to OMB Memorandum M-25-13;"

- "Defendants shall file a status report on or before February 28, 2025, apprising the court of the status of their compliance with this Order, including by providing a copy of the written notice described above[.]"

ECF No. 52 at 1-2. In accordance with the Order's directive that Defendants file a status report "apprising the court of their compliance with this Order," *id.* at 2, Defendants respectfully submit this status report.

1

Pursuant to the Court's Order, attached hereto is a copy of the "written notice of the court's preliminary injunction" that Defendants sent "to all agencies to which OMB Memorandum M-25-13 was addressed." This written notice was sent to agencies on February 27, 2025. As the attached reflects, Defendants instructed the agencies that they "may not take any steps to implement, give effect to, or reinstate under a different name the unilateral, non-individualized directives in OMB Memorandum M-25-13 with respect to the disbursement of Federal Funds under all open awards." Defendants also instructed the agencies that they must "continue releasing any disbursements on open awards that were paused due to OMB Memorandum M-25-13." Consistent with the prior written notice provided to agencies, *see* ECF No. 39-1, Defendants also noted that these instructions "do not restrict agencies' compliance with the President's recently issued Executive Orders, nor do they restrict agencies' ability to take actions pursuant to their own authorities independent of OMB Memorandum M-25-13."

Separate from the issues and agency memorandum challenged in this case, Defendants note that on February 26, 2025, the President issued an Executive Order titled *Implementing the President's "Department of Government Efficiency" Cost Efficiency Initiative*, a copy of which is available at https://www.whitehouse.gov/presidential-actions/2025/02/implementing-the-presidents-department-of-government-efficiency-cost-efficiency-initiative/. Among other things, that Executive Order directs agency heads to conduct a review of certain contracts and grants, and to take certain actions where appropriate and consistent with applicable law. *See id.* § 3(b). Defendants do not understand this Executive Order (or agencies' actions taken in response to this Executive Order) to be encompassed within this Court's preliminary injunction.

Defendants respectfully submit that they have fully complied with the Court's Order. Defendants respectfully request that the Court notify Defendants if they have misunderstood the intended scope of the Court's Order.

Dated: February 28, 2025

Respectfully Submitted,

YAAKOV M. ROTH
Acting Assistant Attorney General

ALEXANDER K. HAAS
Director

*/s/   Daniel Schwei*
DANIEL SCHWEI
Special Counsel (N.Y. Bar)
ANDREW F. FREIDAH
EITAN R. SIRKOVICH
Trial Attorneys
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street NW
Washington, DC 20530
Tel.:     (202) 305-8693
Fax:     (202) 616-8470
Email:   daniel.s.schwei@usdoj.gov

*Counsel for Defendants*