

**EXECUTIVE OFFICE OF THE PRESIDENT**
OFFICE OF MANAGEMENT AND BUDGET
WASHINGTON, D.C. 20503

GENERAL COUNSEL

February 27, 2025

MEMORANDUM FOR AGENCY GENERAL COUNSELS

FROM: Mark R. Paoletta
General Counsel

SUBJECT: Preliminary Injunction Against OMB Memorandum M-25-13

    This memorandum is notifying you about a preliminary injunction that was entered on February 25, 2025, in the case of *National Council of Nonprofits et al. v. Office of Management and Budget et al.*, No. 25-cv-239-LLA (D.D.C.), ECF No. 52 (Feb. 25, 2025). The case involves a challenge to OMB Memorandum M-25-13, *Temporary Pause of Agency Grant, Loan, and Other Financial Assistance Programs* (Jan. 27, 2025). Although that OMB Memorandum M-25-13 was rescinded on January 29, 2025, the litigation is continuing, and the Court has issued a preliminary injunction directing certain actions. A copy of the Court's Order is attached.

    Under the terms of the Court's Order, OMB is "enjoined from implementing, giving effect to, or reinstating under a different name the unilateral, non-individualized directives in OMB Memorandum M-25-13 with respect to the disbursement of Federal funds under all open awards."

    In addition, **all agencies are hereby instructed**:

- Your agency "may not take any steps to implement, give effect to, or reinstate under a different name the unilateral, non-individualized directives in OMB Memorandum M-25-13 with respect to the disbursement of Federal Funds under all open awards."

- Your agency must "continue releasing any disbursements on open awards that were paused due to OMB Memorandum M-25-13."

    In the above instructions, "open awards" means all forms of Federal financial assistance within the scope of OMB Memorandum M-25-13 "that have already been approved and partially disbursed." Thus, the instructions do not apply to issuance of new awards, or to awards that have not yet been awarded to specific individuals or entities (such as NOFOs).

    The above instructions do not restrict agencies' compliance with the President's recently issued Executive Orders, nor do they restrict agencies' ability to take actions pursuant to their own authorities independent of OMB Memorandum M-25-13.

  These instructions replace the instructions that were previously circulated on February 3, 2025, in connection with the temporary restraining order previously entered in this case.  **The above instructions do not, however, eliminate or supersede any compliance obligations stemming from the temporary restraining order issued by a federal court in Rhode Island.**  *See New York et al. v. Trump et al.*, No. 25-cv-39-JJM-PAS (D.R.I.), ECF No. 50 (Jan. 31, 2025).

  To the extent you have questions about your obligations pursuant to this Memorandum or any court order, please contact your agency General Counsel.  Thank you for your attention to this matter.

Attachment (copy of preliminary injunction order)

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NATIONAL COUNCIL OF NONPROFITS, *et al.*,<br><br>*Plaintiffs*,<br><br>v.<br><br>OFFICE OF MANAGEMENT AND BUDGET, *et al.*,<br><br>*Defendants*. | Civil Action No. 25-239 (LLA) |

### ORDER

For the reasons stated in the accompanying Memorandum Opinion, it is hereby

**ORDERED** that Plaintiffs' Motion for a Preliminary Injunction, ECF No. 40, is **GRANTED** to the extent that it is

**ORDERED** that Defendants are enjoined from implementing, giving effect to, or reinstating under a different name the unilateral, non-individualized directives in OMB Memorandum M-25-13 with respect to the disbursement of Federal funds under all open awards; it is further

**ORDERED** that Defendants must provide written notice of the court's preliminary injunction to all agencies to which OMB Memorandum M-25-13 was addressed. The written notice shall instruct those agencies that they may not take any steps to implement, give effect to, or reinstate under a different name the unilateral, non-individualized directives in OMB Memorandum M-25-13 with respect to the disbursement of Federal Funds under all open awards. It shall also instruct those agencies to continue releasing any disbursements on open awards that were paused due to OMB Memorandum M-25-13; it is further

**ORDERED** that this Order shall apply to the maximum extent provided for by Federal Rule of Civil Procedure 65(d)(2) and 5 U.S.C. §§ 705 and 706; it is further

**ORDERED** that Defendants shall file a status report on or before February 28, 2025, apprising the court of the status of their compliance with this Order, including by providing a copy of the written notice described above; it is further

**ORDERED** that the parties shall meet and confer and file a joint status report proposing next steps in this proceeding on or before February 28, 2025; and it is further

**ORDERED** that Beatrice Adams's Motion to Intervene, ECF No. 19, is **DENIED**.

**SO ORDERED.**

_____
LOREN L. ALIKHAN
United States District Judge

Date:   February 25, 2025