**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| NATIONAL COUNCIL OF NONPROFITS, et al., <br><br>*Plaintiffs,*<br><br>v.<br><br>OFFICE OF MANAGEMENT AND BUDGET, et al.,<br><br>*Defendants.* | Case No. 25-cv-239 |

**[PROPOSED] ORDER GRANTING MOTION TO**
**CLARIFY SCOPE OF PRELIMINARY INJUNCTION**

Upon consideration of Plaintiffs' motion to clarify scope of preliminary injunction, it is hereby

**ORDERED** that the motion is **GRANTED**; it is further

**ORDERED** that the term "open awards" as used in this Court's February 25, 2025 Order (ECF No. 52) and below includes all forms of Federal financial assistance that have been awarded (e.g., an award has been publicly announced or news of the award has been communicated to the grantee), regardless of whether those funds have been partially disbursed; it is further

**ORDERED** that Defendants must provide written notice of this order to all agencies to which OMB Memorandum M-25-13 was addressed. The written notice shall instruct those agencies that they may not take any steps to implement, give effect to, or reinstate under a different name the unilateral,

non-individualized directives in OMB Memorandum M-25-13 with respect to all activities related to the obligation or disbursement of Federal funds under all open awards, regardless of whether the funds have been partially disbursed. It shall also instruct those agencies to continue all activities related to obligating and releasing any disbursements on open awards that were paused due to OMB Memorandum M-25-13; it is further

**ORDERED** that this Order shall apply to the maximum extent provided for by Federal Rule of Civil Procedure 65(d)(2) and 5 U.S.C. §§ 705 and 706; and it is further

**ORDERED** that Defendants shall file a status report on or before March [DATE], 2025, apprising the court of the status of their compliance with this Order, including by providing a copy of the written notice described above.

**SO ORDERED**.

Dated: March ____, 2025          _____
                                 THE HON. LOREN L. ALIKHAN
                                 UNITED STATES DISTRICT JUDGE

## NAMES OF PERSONS TO BE SERVED
## WITH PROPOSED ORDER UPON ENTRY

Pursuant to Local Civil Rule 7(k), below are the names and addresses of persons entitled to be notified of entry of the above Proposed Order:

Daniel Schwei
Andrew Freidah
Eitan Sirkovich
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street NW, Room 11532
Washington, DC 20005
daniel.s.schwei@usdoj.gov
andrew.f.freidah@usdoj.gov
eitan.r.sirkovich@usdoj.gov

Jessica Anne Morton (DC Bar No. 1032316)
Kevin E. Friedl* (Admitted only in New York; practice supervised by D.C. Bar members)
Kaitlyn Golden (DC Bar No. 1034214)
Robin F. Thurston (DC Bar No. 1531399)
Skye L. Perryman* (D.C. Bar No. 984573)
Will Bardwell* (D.C. Bar No. 90006120)
Democracy Forward Foundation
P.O. Box 34553
Washington, D.C. 20043
(202) 448-9090
jmorton@democracyforward.org
kfriedl@democracyforward.org
kgolden@democracyforward.org
rthurston@democracyforward.org
sperryman@democracyforward.org
wbardwell@democracyforward.org

*admitted *pro hac vice*