# EXHIBIT U

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

NATIONAL COUNCIL OF
NONPROFITS, et al.,

*Plaintiffs,*

v.

OFFICE OF MANAGEMENT AND
BUDGET, et al.,

*Defendants.*

Case No. 25-cv-239

**DECLARATION OF** ▮

I, ▮, declare as follows:

1. I am the Executive Director of ▮, which is a member of the National Council of Nonprofits.

2. The primary mission of ▮ is to provide nonjudgmental services to end homelessness across ▮ Capital Region. We provide services across the various stages of homelessness: we have a program dedicated to people who are street homeless and literally living outside. We have a program dedicated to shelter-based services, including emergency shelters. And we provide permanent supportive housing.

3. We serve around 3,000 people per year, with anywhere between 70 and 80 staff members at a given time.

4. On January 17, 2025, ▮ was awarded five Continuum of Care grants from the U.S. Department of Housing and Urban Development. All five

1

of these grants were renewals for us to continue doing work that was already in process. We have not received any further communication about these awards since they were publicly announced.

5. Our 2025 budget already accounts for and plans in reliance on these awards. These five renewals account for approximately 14% of our budget.

6. The bulk of these awards goes to staff salaries for the people who provide services to our clients. If the awards do not come through as promised, we will absolutely have to lay off staff. And without the same staffing levels, we will not be able to continue offering services at the same level we do now and for which we budgeted.

7. The majority of the money from these awards is slated to support the salaries of staff members working in our permanent supportive housing program, so that is where the layoffs would start. This is particularly concerning because permanent supportive housing is where people achieve stability, which decreases the cycle of homelessness.

8. If we lose permanent supportive housing, more people will end up back in the cycle of street homelessness and shelters. That means that cities and counties will have to pay for more people in shelters and hotels, and navigate the reality of more people on the streets. "Saving" money on permanent supportive housing doesn't actually save you money anywhere. And it comes at a real human cost.

9. As Executive Director, my primary focus is ensuring that I am able to continue paying my staff. Since the OMB funding freeze was announced, I have been

concerned about the stability of our federal funding. I have tried to sock away as much money as possible into our payroll account, but I don't know for how long that is possible. Right now, I think we have the reserves to make payroll for two months, but I don't know what would happen after that.

10. It's particularly difficult for us because our grants generally provide reimbursement, so every time we pay a staff member or offer a service, we have to front the money and hope we are reimbursed afterwards. This uncertainty has impacted our hiring: we have a pretty consistent 20–30% vacancy rate for staff, but now I am reluctant to hire more people if I may have to lay them off soon after if our grant awards are not fulfilled.

11. I have had to expend significant time and energy in figuring out how to navigate the funding freeze. This is time that I am not able to spend in thinking about how to provide better services and end homelessness in my community.

I declare under penalty of perjury that the foregoing is true and correct. Executed on March 9, 2025.



3