# EXHIBIT V

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NATIONAL COUNCIL OF NONPROFITS, et al.,<br><br>*Plaintiffs*,<br><br>v.<br><br>OFFICE OF MANAGEMENT AND BUDGET, et al.,<br><br>*Defendants*. | Case No. 25-cv-239 |

# DECLARATION OF ▮▮▮▮

I, ▮▮▮▮, declare as follows:

1. I am the Executive Director of the ▮▮▮▮▮▮▮▮, which is a member of the National Council of Nonprofits.

2. ▮▮▮▮ is a nonprofit organization that serves as a HUD Continuum of Care lead organization and collaborative applicant for a region that serves all communities in ▮▮▮▮ outside of the ▮▮▮▮ region. Our mission is to increase affordable housing and end homelessness in ▮▮▮▮.

3. ▮▮▮▮ is responsible for homelessness response for 660,000 square miles—more than twice the size of the next largest CoC region. We do this work with a staff of only seven full-time employees.

4. Most CoCs have significantly more staff than our organization to carry out the same duties in a much smaller geographic region. ▮▮▮▮ also faces significant and unique challenges due to our geography and the housing crisis we're

1

in. Because there are not really housing programs in rural communities—which is where we predominantly operate—we have the highest rates of overcrowding in the entire nation. It is not uncommon to see communities of just 100 homes, each around 900 square feet, each housing more than a dozen people. It is not uncommon, but it is devastating. And the community most impacted are ▉ Native communities, which represent just under half of our total clients, although they represent only around 20% of the population in the state.

5.   ▉'s work falls within four pillars. We manage a funding competition for the CoC program, making recommendations to HUD on which housing programs to fund in the ▉ Balance of State. Overall, just over twenty grantees receive CoC awards in our region. With the ▉, we co-govern the Homeless Management Information System (HMIS) database, which contains client data input from agencies around the state, and is used by HUD to rank the performance of the 400 or so CoCs across the nation for competitive funding. We set policies on our coordinated entry system, which determines where clients can access services, what questions they are asked, how to prioritize clients, and how they are referred to affordable housing units. And we provide education and advocacy around this work.

6.   On January 17, 2025, ▉ was awarded two CoC grants by HUD: a planning grant, and a CoC bonus funding project. We have not received any further communications about the status of these awards. I did call the HUD field

2

office to ask if they could share the status, and was told simply that they had been instructed not to process awards at this point.

7. The planning grant covers all four pillars discussed above. This is essentially a renewal: it's a formulaic grant that all CoCs receive, based on a percentage of their overall final pro rata need (FPRN). We had intended to use that grant to continue funding a position for an integration coordinator focused on connecting health care and housing resources. Housing and healthcare programs are often siloed. The healthcare integration coordinator works with our state health department to pilot a program to do data matching between HMIS and Medicaid to help clients not receiving mainstream benefits get enrolled. The current funding for that position has run out. We switched the payroll over to our current planning grant for the time being—but if this new award does not come through as promised, there is no way we will be able to continue funding this position beyond July 31, and will have to close this program.

8. The bonus funding project was awarded to manage ▮'s coordinated entry system. Coordinated entry is essentially an unfunded mandate from HUD: if CoCs don't do it, they are really uncompetitive for future funding opportunities, so the position is essential to our ability to continue providing services while maintaining HUD compliance. Additionally, coordinated entry is essential to ensure people experiencing homelessness can access services in a much more streamlined way, where agencies in a community work together to have one singular by-name list as opposed to separate waitlists. That allows communities to

3

collectively prioritize referrals based on vulnerability as opposed to everyone simply taking an inequitable first-come, first-serve approach. A lot of organizations serving people who are homeless in ▓▓▓▓ are very tiny nonprofits and don't have capacity to do this work—so a portion of these funds are intended to help boost that local capacity, or to be able to find a way for our organization to streamline coordinated entry activities in an effort to relieve agencies of that burden. We hired someone to start this position just in October 2023, so they are relatively new. Our CoC Board of Directors just passed an update to our coordinated entry policies in January of this year. The coordinated entry manager is responsible for the entire implementation of this program and its new set of policies. If the grant we were awarded does not come through, we will not be able to stand up this program going forward, which will make it more difficult for ▓▓▓▓ nonprofits to retain CoC funding in the future as well as secure bonus funding.

9. Because our staff is so small, if we have any loss of staffing—even those two employees—there is no way we can make up for it with the remaining staff. We will not be able to provide services at the same level we currently do.

10. These problems are exacerbated by the fact that the federal funding freeze also halted payments on awards where disbursement had already begun. When the funding freeze happened, we weren't able to draw down funds at all. The FY23 grant term end date has already come and gone for twenty-five percent of the programs funded by the CoC program in the ▓▓▓▓ Balance of State. Those organizations are blowing through our reserves to try to keep housing programs

open with no clear vision if the money they have been awarded is ever going to come. Tiny organizations do not have endless reserves to keep this going. It is a really tenuous time.

11. I don't understand why the government would want to stop funding programs trying to end homelessness, particularly successful permanent supportive housing programs. It is like shooting yourself in the foot. Other support systems (like shelters) in no way have the capacity to manage an influx of people who were permanently housed in successful settings losing their housing. This overburdening of the system will result in a loss of life for people who are homeless as it will lead to increases in unsheltered homelessness. Anyone familiar with the extreme weather ▇▇▇ faces all year round, knows that it is impossible to survive the elements without proper shelter or housing. Even as it stands today, we still see loss of life year after year due to exposure to the elements. There are many rural communities that are forced to only provide shelter in the winter months due to inadequate funding. When many of those shelters close, those clients become homeless in areas where there is still multiple feet of snow on the ground. Adding more people to that reality by removing individuals from permanent housing programs, which will happen if FY24 CoC funding doesn't come, will unequivocally lead to more deaths.

12. Around twenty other nonprofits around the state, and one Tribally Designated Housing Entity, were also awarded CoC grants on January 17. For most of these grantees, they provide the only housing option in their particular community, so a disruption or loss could result in the only housing program for

5

hundreds of miles being closed. The reality in ▮▮▮▮ is that most communities aren't attached to a road system—it's really a series of rural hubs—so individual villages around a community need a regional access point.

13. I cannot emphasize enough that a lot of the programs funded through these CoC grants are the only programs in the region. What that means is that if we lose a permanent supportive housing community in, for example, ▮▮▮▮ the closest next intervention is 500 miles away and there are no roads to get there. The next closest option is a two-and-a-half hour plane ride away. There are no supports. There is no year-round shelter. Our clients have no options whatsoever. I can't even fathom what that is going to look like, but it will be absolutely devastating.

I declare under penalty of perjury that the foregoing is true and correct. Executed on March 8, 2025.

