**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| NATIONAL COUNCIL OF NONPROFITS, *et al.*,<br><br>   *Plaintiffs*,<br><br> v.<br><br>OFFICE OF MANAGEMENT AND BUDGET, *et al.*,<br><br>   *Defendants*. | Civil Action No. 25 - 239 (LLA) |

## ORDER

Plaintiffs filed this case challenging administrative action on January 28, 2025. ECF No. 1. After the court issued a temporary restraining order and a preliminary injunction, ECF Nos. 30, 52, Defendants filed an answer on April 14, 2025, ECF No. 60. Administrative cases are exempt from Federal Rule of Civil Procedure 26(f) and Local Civil Rule 16.3. *See* Local Civ. R. 16.3(b)(10) ("The requirements of this Rule and of Fed. R. Civ. P. 16(b) and 26(f)[] shall not apply in . . . action[s] for review on an administrative record."). Accordingly, the court hereby orders the parties to meet and confer and file a joint proposed briefing schedule by **May 9, 2025**.

Parties are to communicate with the court by motion, opposition, reply, or notice, but not by letter or phone call. Inquiries concerning the status or scheduling of pending matters shall be directed to the Courtroom Deputy Clerk, Ms. Margaret Pham (Margaret_Pham@dcd.uscourts.gov), rather than to chambers. If Ms. Pham is unavailable, such inquiries shall be directed to the staff person in the Clerk's Office who has been designated as her substitute. Chambers personnel will not handle questions relating to the status or scheduling of pending matters, nor will chambers

staff provide legal advice of any kind.  In an emergency, however, chambers can be contacted at (202) 354-3500.

The court will grant continuances, extensions, or enlargements of time only upon the filing of a motion.  Motions for continuance of a court date must be filed at least three days before the hearing and must include at least two alternative dates that have been agreed to by the parties. Requests that do not include alternative dates acceptable to all parties will be denied.

**SO ORDERED.**

_____
LOREN L. ALIKHAN
United States District Judge

Date:   April 24, 2025

2