# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| National Council of Nonprofits, *et al.*, | )<br>)<br>) |
| Plaintiffs, | )<br>) |
| v. | )  Civil Action No. 1:25-cv-239 (LLA) |
| Office of Management and Budget, *et al*., | )<br>)<br>) |
| Defendants. | )<br>) |

## NOTICE OF APPEAL

PLEASE TAKE NOTICE that Defendants hereby appeal to the United States Court of Appeals for the District of Columbia Circuit from this Court's preliminary injunction, as set forth in the Memorandum and Order dated February 25, 2025 and docketed at ECF Nos. 51, 52.

Dated: April 24, 2025

Respectfully Submitted,

YAAKOV M. ROTH
Acting Assistant Attorney General

ALEXANDER K. HAAS
Director

/s/   Eitan R. Sirkovich
DANIEL SCHWEI
Special Counsel
ANDREW F. FREIDAH
EITAN R. SIRKOVICH (D.C. Bar No. 90030102)
Trial Attorneys
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street NW
Washington, DC 20005
Tel.:   (202) 353-5525
Email:   eitan.r.sirkovich@usdoj.gov

*Counsel for Defendants*

1