# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| National Council of Nonprofits, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>Office of Management and Budget, *et al.*,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)   Civil Action No. 1:25-cv-239<br>)<br>)<br>)<br>)<br>) |

## NOTICE OF WITHDRAWAL OF ENTRY OF APPEARANCE

Pursuant to Local Civil Rule 83.6(b), undersigned counsel, Daniel Schwei, respectfully withdraws his entry of appearance as counsel for Defendants. Mr. Schwei's last day of employment with the Department of Justice is June 6, 2025. Andrew Freidah and Eitan Sirkovich will continue to represent Defendants in this matter.

Dated: June 5, 2025

Respectfully Submitted,

YAAKOV M. ROTH
Acting Assistant Attorney General

ALEXANDER K. HAAS
Director

*/s/   Daniel Schwei*
DANIEL SCHWEI
Special Counsel (N.Y. Bar)
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street NW
Washington, DC 20530
Tel.:     (202) 305-8693
Fax:     (202) 616-8470
Email:   daniel.s.schwei@usdoj.gov

*Counsel for Defendants*