UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NATIONAL COUNCIL OF NONPROFITS, et al., <br><br> *Plaintiffs*, <br><br> v. <br><br> OFFICE OF MANAGEMENT AND BUDGET, et al., <br><br> *Defendants*. | Case No. 25-cv-239 |

## NOTICE

Pursuant to this Court's May 12, 2025 Minute Order, Plaintiffs advise that, in reliance on the administrative record produced by Defendants on May 27, Plaintiffs do not intend to submit requests for additional discovery at this time. Should Defendants seek to rely at summary judgment on evidence they did not put forward in the administrative record, Plaintiffs may seek leave for discovery under Rule 56(d)(2) at that time.

Dated: June 10, 2025                     Respectfully submitted,

/s/ *Jessica Anne Morton*

Jessica Anne Morton (DC Bar No. 1032316)
Kevin E. Friedl (DC Bar No. 90033814)
Robin F. Thurston (DC Bar No. 1531399)
Skye L. Perryman (DC Bar No. 984573)
Democracy Forward Foundation
P.O. Box 34553
Washington, DC 20043
(202) 448-9090
jmorton@democracyforward.org
kfriedl@democracyforward.org
rthurston@democracyforward.org
sperryman@democracyforward.org