**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

NATIONAL COUNCIL OF NONPROFITS, et al.,

*Plaintiffs*,

v.

OFFICE OF MANAGEMENT AND BUDGET, et al.,

*Defendants*.

Case No. 25-cv-239

**STIPULATION OF DISMISSAL**

Plaintiffs filed this suit to challenge OMB Memorandum M-25-13 and its government-wide freeze of federal financial assistance. Defendants have since disclaimed an intention to reinstitute such a freeze, *see, e.g.*, Defs.' Reply Brief at 4, *NCN v. OMB*, No. 25-5148 (D.C. Cir. Jan. 16, 2026) (stating that "the challenged conduct could not reasonably be expected to recur" (internal quotation marks omitted)), and no longer contest the merits of Plaintiffs' Administrative Procedure Act claims with respect to the freeze contemplated by Memo M-25-13. Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the parties hereby stipulate to dismissal of this action.

Dated: September 29, 2026

Respectfully submitted,

/s/ *Robin F. Thurston*
Robin F. Thurston (DC Bar No. 1531399)
Jessica Anne Morton (DC Bar No. 1032316)
Kevin E. Friedl* (DC Bar No. 90033814)
Skye L. Perryman (DC Bar No. 984573)
Democracy Forward Foundation
P.O. Box 34553
Washington, DC 20043
(202) 448-9090
kfriedl@democracyforward.org
jmorton@democracyforward.org
rthurston@democracyforward.org.
sperryman@democracyforward.org

*admitted *pro hac vice*

*Counsel for Plaintiffs*

BRETT A. SHUMATE
Assistant Attorney General
Civil Division

JOSEPH BORSON
Assistant Director
Civil Division, Federal Programs Branch

CHRISTOPHER M. LYNCH
Chief Litigation Counsel
Civil Division, Federal Programs Branch

*/s/ Eitan Sirkovich*
EITAN R. SIRKOVICH
Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street NW
Washington, DC 20530
Tel.: (202) 353-5525
Email: eitan.r.sirkovich@usdoj.gov

*Counsel for Defendants*